```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,              )
928 Booker Dr.,                 )
Capitol Heights, MD 20743,      )
                                )
        Plaintiff,              )
                                )
        v.                      )   Civil No. 05-1543 HHK
                                )
UNITED STATES DEPARTMENT OF     )
   THE INTERIOR,                )
   1849 C Street, N.W.          )
   Washington, D.C. 20240,      )
                                )
GALE A. NORTON, SECRETARY,      )
UNITED STATES DEPARTMENT OF     )
   THE INTERIOR,                )
   1849 C Street, N.W.          )
   Washington, D.C. 20240,      )
                                )
UNITED STATES PARK POLICE       )
   1100 Ohio Drive, S.W.        )
   Washington, D.C. 20242,      )
                                )
        Defendants.             )
```

## **DEFENDANTS' MOTION TO DISMISS**

In accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), as well as Local Civil Rule 7, defendants move the Court to dismiss this case with prejudice on the grounds that the case has been untimely brought. In support of their motion, defendants submit the

accompanying memorandum of law and exhibit.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,                )
928 Booker Dr.,                   )
Capitol Heights, MD 20743,        )
                                  )
        Plaintiff,                )
                                  )
        v.                        )  Civil No. 05-1543 HHK
                                  )
UNITED STATES DEPARTMENT OF       )
  THE INTERIOR,                   )
  1849 C Street, N.W.             )
  Washington, D.C. 20240,         )
                                  )
GALE A. NORTON, SECRETARY,        )
UNITED STATES DEPARTMENT OF       )
  THE INTERIOR,                   )
  1849 C Street, N.W.             )
  Washington, D.C. 20240,         )
                                  )
UNITED STATES PARK POLICE         )
  1100 Ohio Drive, S.W.           )
  Washington, D.C. 20242,         )
                                  )
        Defendants.                )
```

MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS

BACKGROUND

Plaintiff has filed suit alleging that he was "removed erroneously from the U.S. Park Police for failure to complete basic training." Although not stated in his Complaint, administratively plaintiff alleged this was done in part based upon discrimination. Plaintiff seeks to appeal from a June 20, 2005 decision by the Merit Systems Protection Board [MSPB] denying his petition for review of

the initial decision of the administrative law judge denying his claim. The MSPB letter denying his claim informed plaintiff that he had thirty calendar days from his receipt of the June 20, 2005 decision, or thirty calendar days from his attorney's receipt of the decision, whichever occurred first, in which to file a civil action in this Court. See Complaint, Exh. 1.

Plaintiff received a copy of the MSPB's letter by certified mail no later than June 27, 2005. Plaintiff filed suit in this case on July 29, 2005, thirty-two calendar days thereafter. Because plaintiff did not file within thirty calendar days of his receipt of the MSPB decision, this case should be dismissed as untimely.

## ARGUMENT

By statute appeals from MSPB decisions concerning claims for discrimination must be filed against the government within thirty calendar days of receipt of the MSPB Order. 5 U.S.C. § 7703(b)(2); e.g., Butler v. West, 164 F.3d 634, 643 n.17 (D.C. Cir. 1999). In this case, plaintiff filed suit at least two days late. He received the MSPB decision no later than June 27, 2005, and it appears that he actually received it on June 24, 2005. See Exh. A, attached. Thus, plaintiff failed to file suit

within the time limits allowed for a challenge to an MSPB decision.

In Mondy v. Secretary of the Army, 845 F.2d 1051, 1057 (D.C. Cir. 1988), this Court held that the time limit for filing a discrimination claim in federal district court is not jurisdictional. See Irwin v. Veterans Admin., 498 U.S. 89, 95-96 (1990). Because the statute is not jurisdictional, but akin to a statute of limitations, it is subject to equitable tolling. The Court of Appeals for this Circuit warned, however, that although the filing limit is non-jurisdictional, courts should exercise their equitable power only in extraordinary and carefully circumscribed instances. Mondy, 845 F.2d at 1057. As the Supreme Court noted in National Railroad Passenger Corp. v. Morgan, 536 U.S. 101, (2002), adherence to time restrictions for filing claims "'is the best guarantee of evenhanded administration of the law.'" id. at 108, quoting Mohasco Corp. v. Silver, 447 U.S. 807, 826 (1980).

In this case, plaintiff did not file his Complaint in this Court in a timely fashion. Plaintiff has provided no reason in his Complaint for why this suit was filed after the 30-day period had run. Id.

3

While dismissal for filing suit a few days late may seem a harsh result, the time limit mandated by Congress in 5 U.S.C. § 7703(b)(2) will have no meaning if it can be excused merely because there was not substantial delay. Rather, as the Court of Appeals for this Circuit has stated, there must be a showing of "exceptional circumstances" warranting the tolling of the time limit.  <u>Mondy</u>, 845 F.2d at 1057. No showing of exceptional circumstances exists in this case. Consequently, defendants submit that plaintiff's Complaint should be dismissed.

<u>CONCLUSION</u>

For the foregoing reasons, defendants respectfully request that their dispositive motion be granted and this case dismissed.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney

                              R. CRAIG LAWRENCE, D.C. BAR # 171538
                              Assistant United States Attorney

```
                                    _____
                                    MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                    Assistant United States Attorney
                                    U.S. Attorney's Office
                                    555 4th Street, N.W. - Civil Division
                                    Washington, D.C. 20530
                                    (202) 514-7226
```

<u>CERTIFICATE OF SERVICE</u>

I certify that the accompanying Defendants' Motion To Dismiss, with exhibit and proposed order, was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

> Mr. Michael L. Turner
> 928 Booker Dr.
> Capitol Heights, MD 20743

on this 3rd day of October, 2005.

> _____
> MARINA UTGOFF BRASWELL, D.C. Bar #416587
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,                  )
928 Booker Dr.,                     )
Capitol Heights, MD 20743,          )
                                    )
         Plaintiff,                 )
                                    )
         v.                         )   Civil No. 05-1543 HHK
                                    )
UNITED STATES DEPARTMENT OF         )
   THE INTERIOR,                    )
   1849 C Street, N.W.              )
   Washington, D.C. 20240,          )
                                    )
GALE A. NORTON, SECRETARY,          )
UNITED STATES DEPARTMENT OF         )
   THE INTERIOR,                    )
   1849 C Street, N.W.              )
   Washington, D.C. 20240,          )
                                    )
UNITED STATES PARK POLICE           )
   1100 Ohio Drive, S.W.            )
   Washington, D.C. 20242,          )
                                    )
         Defendants.                )
```

## **ORDER**

Upon consideration of defendants' motion to dismiss, of all the papers filed in support of and in opposition to that motion, and of the entire record, and it appearing to the Court that the granting of defendants' motion would be just and proper, it is by the Court this _____ day of _____, 2005,

ORDERED that defendants' motion to dismiss be, and it hereby is, granted; and it is further

ORDERED that this case be, and it is, dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT


Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743