

EXH. A
Civil No. 05-1543 HHK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.  6/24/05 | A. Signature<br>X Michael L. Turner  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Michael L. Turner |
| 1. Article Addressed to:<br><br>Michael L. Turner<br>928 Booker Drive<br>Capitol Heights, MD 20743 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

7001 2510 0008 2212 9600

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-15

Michael Turner    DC-0752-04-0413-I-1

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Merit Systems Protection Board
Office of the Clerk of the Board
1615 M Street, NW
Washington, DC 20419