UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1543 HHK |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an enlargement of time in which to file their response to plaintiff's Complaint. The grounds for this motion are as follows.

By Order dated October 4, 2005, this Court denied defendants' motion to dismiss. Since receiving that Order, defense counsel has had a Court of Appeals' argument to prepare for and present, five days of depositions, four major dispositive motions to file in other cases, with accompanying memoranda of approximately 40 pages each, two District Court hearings and two reply briefs to file in other cases, and another shorter dispositive motion due. Additionally, due to the volume of work in other cases around the time of receipt of this Court's order, defense counsel inadvertently did not calendar the due date for the

answer in this case following receipt of the Court's Order on defendants' motion to dismiss. The requested extension sought is to enable defense counsel to complete defendants' response to the Complaint in a thorough manner.

Plaintiff pro se has consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendants' Unopposed Motion for Extension of Time, with proposed order, was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>    Mr. Michael L. Turner
>    928 Booker Dr.
>    Capitol Heights, MD 20743

on this 22nd day of November, 2005.

>    MARINA UTGOFF BRASWELL, D.C. Bar #416587
>    Assistant United States Attorney
>    U.S. Attorney's Office
>    Judiciary Center Building
>    555 4th Street, N.W.
>    Washington, D.C. 20530
>    (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil No. 05-1543 HHK |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
|   THE INTERIOR, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of defendants' unopposed motion for extension of time, and of the entire record, and it appearing to the Court that the granting of defendants' unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2005,

ORDERED that defendants' motion be, and it hereby is, granted; and it is further

ORDERED that defendants may have to and including November 30, 2005, in which to respond to the Complaint in this case.

 

_____
UNITED STATES DISTRICT COURT

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743