```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,              )
                                )
        Plaintiff,               )
                                )
        v.                       )   Civil No. 05-1543 HHK
                                )
UNITED STATES DEPARTMENT OF     )
   THE INTERIOR, et al.,         )
                                )
        Defendants.              )
                                )
```

## ANSWER

Defendants United States Department of the Interior and the United States Park Police, by its undersigned attorneys, answers the one-paragraph Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

In response to the sentences in the one-paragraph Complaint, defendants admit, deny, or otherwise aver as follows:

First sentence: Deny.

Second sentence: Admit that plaintiff filed an appeal with the Merit Systems Protection Board [MSPB] of the decision by the United States Park Police to remove plaintiff from the position of Private (Occupational Code

0083), and that the administrative law judge affirmed the agency's action. Further admit that the MSPB denied plaintiff's petition for review of the administrative law judge's decision.

Third sentence: Admit that the MSPB in its June 20, 2005 Final Order provided plaintiff with information about how to seek further review of the agency's final decision, and defendants submit that that decision is the best evidence of its contents.

Fourth sentence: Deny.

Fifth sentence: Deny.

Sixth sentence: Deny.

Seventh Sentence: Deny.

Eighth Sentence: Deny.

Ninth Sentence: Admit.

Tenth Sentence: Admit that plaintiff was removed from his position as Private (Occupational Code 0083) due to his failure to complete basic police training, and admit that Civil Action No. 04-606 HHK is still pending.

Eleventh Sentence: This sentence consists of plaintiff's prayer for relief, to which no response is required. To the extent, however, that a response might be necessary, defendants deny that the plaintiff is entitled to

any relief whatsoever, and also deny each and every allegation not previously admitted, denied, or otherwise qualified.  In particular, defendants deny that plaintiff is entitled to recover any damages in connection with the actions alleged in the Complaint.  However, if any damages are recovered, the amount of those damages is subject to and limited by 42 U.S.C. § 1981a.

      Respectfully submitted,


_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

<u>CERTIFICATE OF SERVICE</u>

I certify that the accompanying Answer was served upon plaintiff by depositing a copy of it in the U.S. mail, first class postage prepaid, addressed to:

>Mr. Michael L. Turner
>928 Booker Dr.
>Capitol Heights, MD 20743

on this 30th day of November, 2005.

_____
MARINA UTGOFF BRASWELL, D.C. Bar #416587
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226