```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

MICHAEL L. TURNER,                )
                                  )
        Plaintiff,                )
                                  )
        v.                        )    Civil No. 05-1543 HHK
                                  )
UNITED STATES DEPARTMENT OF       )
   THE INTERIOR, et al.,          )
                                  )
        Defendants.               )

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an enlargement of time in which to file a proposed scheduling report. Despite communication with plaintiff pro se by email and telephone, counsel for defendants was unable to obtain plaintiff's cooperation in the preparation of a joint scheduling statement. Rather, plaintiff pro se informed defense counsel today that he will not be filing a statement. Accordingly, defendants plan to file a statement on behalf of defendants today, and request an extension of time to April 17, 2006, in which to file this statement. This motion was not filed sooner because defense counsel did not know the amount of time she would need to seek, as she was attempting to reach plaintiff and persuade him to file a joint statement as ordered by this Court.

Plaintiff pro se has consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendants' Unopposed Motion for Extension of Time, with proposed order, was served upon plaintiff by email April 17, 2006, and by hand April 18, 2006, addressed to:

>Mr. Michael L. Turner
>928 Booker Dr.
>Capitol Heights, MD 20743

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,              )
                                )
         Plaintiff,             )
                                )
    v.                          )    Civil No. 05-1543 HHK
                                )
UNITED STATES DEPARTMENT OF     )
   THE INTERIOR, et al.,        )
                                )
         Defendants.            )
```

ORDER

Upon consideration of defendants' unopposed motion for extension of time, and of the entire record, and it appearing to the Court that the granting of defendants' unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that defendants' motion be, and it hereby is, granted; and it is further

ORDERED that defendants may have to and including April 17, 2006, in which to file defendants' proposed scheduling statement in this case.

_____
UNITED STATES DISTRICT COURT

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743