UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL L. TURNER,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,**<br><br>        **Defendants.** | Civil Action 05-01543 (HHK) |

**SCHEDULING ORDER**

Upon consideration of defendants' proposed schedule, and the representations of plaintiff and counsel for defendants at the scheduling conference held on April 18, 2006, it is this 21st day of April, 2006, hereby

**ORDERED** that the following schedule will apply in this case:

(a) any pre-discovery dispositive motion shall be filed no later than 30 days after the scheduling conference;

(b) the opposition memorandum shall be filed 30 days thereafter;

(c) the reply memorandum, if any, shall be filed 14 days after the opposition memorandum has been filed; and it is further

**ORDERED** that discovery shall be stayed pending further order of the court.

                                                                               Henry H. Kennedy, Jr.
                                                                               United States District Judge