United States District Court
For the District of Columbia

|  |  |
|---|---|
| MICHEL L. TURNER ) | |
| ) | |
| VS. ) | DOCKET NUMBER |
| ) | 1:05-CV-01543-HHK |
| DEPARTMENT OF THE INTERIOR ) | |
| ) | |
| AGENCY. ) | |

MOTION FOR COURT APPOINTED COUNSEL

I Michael L. Turner was granted by Judge James Robertson Motion for Leave to Proceed in forma pauperis on 7/29/2005. With this said I am requesting that this court under Local Rule 83.10 assist me in this case through legal representation.

Respectfully Submitted,

*Michael L. Turner*

Michael L. Turner
May 9, 2006

RECEIVED

MAY 12 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I Michael L. Turner have E-mailed a copy of this document to AUSA Marina Braswell on May 9, 2006.

Respectfully Submitted,
Michael L. Turner
5/11/06