```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   Civil No. 05-1543 HHK
                                  )
UNITED STATES DEPARTMENT OF       )
   THE INTERIOR, et al.,          )
                                  )
          Defendants.             )
```

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an enlargement of time of one business day, to and including May 22, 2006, in which to file defendants' dispositive motion. Defense counsel's son has badly injured his knee and will be seeking medical attention tomorrow, which will necessitate defense counsel's absence from the office for part of the day. This will in turn hamper her ability to complete defendants' motion in time for review and filing prior to May 22, 2006.

Plaintiff pro se has consented to this motion.

Accordingly, for the foregoing reasons, defendants

respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

I certify that the accompanying Defendants' Unopposed Motion for Extension of Time, with proposed order, was served upon plaintiff by mail on May 18, 2006, addressed to:

>Mr. Michael L. Turner
>928 Booker Dr.
>Capitol Heights, MD 20743

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
```

MICHAEL L. TURNER,            )
                              )
       Plaintiff,          )
                              )
       v.                  )   Civil No. 05-1543 HHK
                              )
UNITED STATES DEPARTMENT OF   )
  THE INTERIOR, et al.,       )
                              )
       Defendants.         )

## ORDER

Upon consideration of defendants' unopposed motion for extension of time of one business day, and of the entire record, and it appearing to the Court that the granting of defendants' unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that defendants' motion be, and it hereby is, granted; and it is further

ORDERED that defendants may have to and including May 22, 2006 in which to file defendants' dispositive motion.

                                                                  UNITED STATES DISTRICT COURT

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743