**Department of the Interior**

**Departmental Manual**

**Effective Date:** 10/4/00

**Series:** Law Enforcement and Security

**Part 446:** Law Enforcement

**Chapter 2:** Personnel Qualifications and Standards

**Originating Office:** Office of Managing Risk and Public Safety



**446 DM 2**

2.1 **Purpose.** This chapter establishes the standards, qualifications and procedures for selection, training, performance evaluation, conduct and discipline of its law enforcement personnel.

2.2 **Selection.** It is essential that the selection process utilized throughout the Department of the Interior (Department) be standardized to assure high professional law enforcement standards. Only applicants possessing adequate education and/or experience, aptitude and high moral character shall be employed as law enforcement officers.

A. The Office of Managing Risk and Public Safety (MRPS), in conjunction with the Departmental Office of Personnel and the bureaus/offices involved, shall ensure that minimum acceptable standards and skill levels for all law enforcement personnel are instituted. The Office of Personnel Management (OPM) approved qualification standards for series GS-1811, GS-1812 and GS-083 will be used as a primary basis in developing Departmental standards for all law enforcement officer positions. As appropriate, bureaus/offices are responsible for establishing necessary supplementary standards to comply with laws, regulations and the specific bureau/office mission objectives.

B. Qualification standards for guards shall be used only for those persons hired exclusively to perform guard duties.

C. The following medical, physical and psychological requirements shall be applicable:

(1) Medical standards for all law enforcement positions shall be in compliance with Federal regulations and shall be established by all bureaus/offices. They will be reviewed and approved by the Federal Medical Officer, through coordination with the Office of the Secretary. Bureaus/offices will require all law enforcement officers under 40 years of age to complete a medical examination biennially. All law enforcement officers 40 years of age and older will complete a medical examination annually.

(2) Applicants shall be physically able to perform efficiently the rigorous duties required of a law



A waiver of the preappointment investigative requirement will be required for each new employee and every temporary/seasonal employee unless the appropriate level of background investigation has been completed.

Before forwarding the waiver request, the following mandatory checks/forms are to be completed and results attached to Form DI 1912:

(1) A Preappointment Background Check, Form DI 1990 (see Illustration 2),

(2) the Questionnaire for National Security Positions, Form SF 86,

(3) a resume, the Optional Application for Federal Employment (OF 612) or any other written format of application as described in OF 510, Applying for a Federal Job and the Application for Federal Employment (Form SF 171), and

(4) a justification requesting a waiver of the preappointment investigative requirement will:

(a) be written and state the necessity;

(b) include a statement that the employee will not have access to classified national security information;

(c) include a statement that the employee will not receive delegation of law enforcement authority until notification is received from the bureau/office security officer advising that the background investigation is complete and has been favorably adjudicated.

The "Request for Waiver of Preappointment Investigative Requirement for a Critical-Sensitive Position" will be forwarded to the bureau/office security officer according to the sequence designated on the form. The bureau/office security officer will notify the submitting office of the action taken on the request.



2.4 **Training and Qualifications.** All entry-level law enforcement personnel and all criminal investigators shall successfully complete the prescribed training courses at the Federal Law Enforcement Training Center (FLETC) or any other approved Federal law enforcement training program. Approval of the Director, Office of Managing Risk and Public Safety, is required for training programs not conducted by the FLETC. Each law enforcement officer shall thereafter receive a minimum of 40 hours of "in-service" law enforcement training each year, which may include up to 8 hours of firearms training.

All entry-level law enforcement officers and all entry-level criminal investigators, who are required to carry firearms, shall successfully complete the prescribed firearms training courses at the FLETC or other law enforcement training school, which has been approved in writing by the Director of Managing Risk and Public Safety.

A. Initial Firearms Qualifications. Prior to initial firearms proficiency certification by a qualified instructor, all Departmental employees authorized to carry firearms will be required to receive a minimum of 4 hours classroom training in safety, handling, firing, and legal/moral aspects of the use of weapons.

B. Semiannual Firearms Qualifications. All law enforcement officers required to carry handguns shall fire, a minimum of twice a year, for record, on an approved firearms course of fire using the government-issued and/or personally owned firearms, which he/she is authorized to carry by the