# DEPARTMENT OF THE TREASURY
# FEDERAL LAW ENFORCEMENT TRAINING CENTER
# GLYNCO, GEORGIA 31524

| | |
|---|---|
| **FLETC DIRECTIVE NO.:** | 67-35.C |
| **DIRECTIVE TITLE:** | Student Misconduct |
| **EFFECTIVE DATE:** | 01/02/02 |
| **SUNSET REVIEW DATE:** | 01/02/06 |

**1. POLICY:** Office of Personnel Management regulations state that Federal employees shall not engage in criminal, infamous, dishonest, immoral, or notoriously disgraceful conduct, or other conduct prejudicial to the Government. Included in the Government Code of Conduct is a statement regarding responsibility to protect and conserve all Federal property; administrative action up to and including dismissal from training will be taken in upholding these standards. Further, it is the FLETC policy that each instance of alleged misconduct be reviewed in such detail as is necessary to determine whether there is validity to the allegation.

**2. REFERENCE:** Not Applicable

**3. CANCELATIONS:** The following Directives are canceled and incorporated into this Directive.

   a. FLETC Directive 67-35.C, Student Misconduct, dated 05-04-87; and

   b. FLETC Directive 52-01, Cheating in FLETC Training Programs, dated 12-16-91.

**4. ADDITIONAL GUIDANCE:** FLETC Manual 67-35.C, Student Misconduct Guide.

**5. OFFICE OF PRIMARY INTEREST (OPI):** Training Management Division, Office of Training, Training Directorate.

W. Ralph Basham
Director

FLETC MANUAL 67-35.C

## Student Misconduct Guide

*SUPPORTING PUBLICATION TO FLETC DIRECTIVE 67-35.C*
*"Student Misconduct"*

August 2001

# FLETC MANUAL 67-35.C
# Student Misconduct Guide

## TABLE OF CONTENTS

1. Purpose

2. Scope

3. Responsibilities

4. Misconduct

5. Initial Factual Determination

6. Disciplinary Remedies Available

    a. Minor Misconduct/Counseling

    b. Moderate Misconduct/Disciplinary Probation

    c. Serious Misconduct/Formal Investigation

7. Decision to Dismiss a Student from Training

Attachments

1. Student Misconduct Process Chart

2. Counseling Form

# FLETC MANUAL 67-35.C
## Student Misconduct Guide

1. <u>PURPOSE</u>. This directive establishes responsibilities and procedures to ensure adequate and appropriate inquiry into alleged misconduct on the part of students enrolled in FLETC training programs, to include Center conducted portions of Agency Specific Basic programs, prior to implementation of administrative action.

2. <u>SCOPE</u>. This directive covers all student misconduct, both on and off the FLETC facilities. In general, it applies to misconduct that occurs both inside and outside the classroom environment, whether or not a student is under the direct control and jurisdiction of the instructional staff.

3. <u>RESPONSIBILITIES</u>.

    a. After misconduct occurs or is reported, the Program Manager (PM) has the responsibility to conduct a preliminary inquiry, make an initial factual determination, and make a recommendation on the course of action to the appropriate Assistant Director (AD). The PM will keep the Partner Organization (PO) informed as much as is practicable.

    b. The appropriate AD has the responsibility to review: (1) the Student's FLETC file; (2) the Report of Investigation (ROI); and (3) the Student's written rebuttal, if any. The AD has the responsibility to decide to either retain or remove the student from training. If the AD retains the Student, the AD, in consultation with the PM, will then decide whether the Student will receive counseling and/or disciplinary probation. The AD will keep the PO informed as much as is practicable and will ask for input as to the decision.

    c. The Associate Director for Training (ADT) has the responsibility for serving as the appeal authority whenever a Student has been expelled. The ADT will review the Student's oral or written appeal, as well as any information from the PO, the Office of Legal Counsel (LC), and any other interested agencies. The ADT will keep the PO informed as much as is practicable.

    d. The FLETC Director has the responsibility of safeguarding the personnel, property, and integrity of the FLETC. The Director has the overall responsibility of setting policy, as well as ensuring that policy and procedures are followed.

    e. Special Investigations and Security Division (SISD), as the agent of the FLETC and upon direction from the appropriate AD, will conduct a formal investigation.

    f.    The PO will be advised and consulted by the PM regarding proposed actions.

    g.    The LC will advise FLETC management when needed.

    h.    Program Specialists/Program Coordinators will ensure that all students understand the FLETC rules and the Standards of Conduct expected of them while enrolled in training at the FLETC.

4.    MISCONDUCT. Training and non-training related misconduct includes, but is not limited to:

    a.    Cheating – any situation in which a student provides or receives unauthorized assistance while performing a required task in order to successfully complete a course of study within any program conducted at the FLETC. This applies to the re-creation and exchange of actual test questions from one student/class to another, verbal or non-verbal assistance, and any attempts to replicate actual examination questions and answers. This policy also applies to students who have knowledge of cheating and fail to report this information to the appropriate authority. However, this policy does not restrict group study wherein notes and anticipated questions are shared, provided someone who has already taken the examination did not supply this information. All allegations of cheating that have been substantiated shall be a matter of record;

    b.    The use of alcohol or other intoxicants during training or prior to training when such previous use affects training;

    c.    Public drunkenness;

    d.    Smoking or use of other tobacco products, eating and/or inappropriate materials in the classrooms;

    e.    Inattentiveness during classes, i.e., sleeping, reading prohibited material (magazine, newspaper);

    f.    Conduct prejudicial to the safety of oneself or others (anything that intentionally disrupts the learning environment);

    g.    Improper uniform attire, appearance, or hygiene that reflects adversely on the FLETC or the employing agency;

    h.    Defiance of, or belligerence toward, the authority and responsibility of an instructor or other FLETC official;

    i.    Non-compliance with local, state or Federal laws;

  j. Defiance or belligerence toward local/State/FLETC Security/community law enforcement officials while such officials are carrying out their duties or conducting investigations;

  k. Any public act which reflects adversely on the FLETC or the United States Government.

5. <u>INITIAL FACTUAL DETERMINATION</u>.  The PM will conduct a preliminary inquiry in order to make a recommendation on a course of action to the appropriate AD.

6. <u>DISCIPLINARY REMEDIES AVAILABLE</u>.  The AD, in consultation with the PM, will determine the appropriate course of action.  Any student who violates the standards of conduct set forth in this or any other FLETC Directive (FD) or notice is subject to the following FLETC actions:

  a.  Minor Misconduct and/or First Offense may result in Counseling - the PM will write an account/synopsis of the counseling session on the <u>Counseling Form</u>, which will be entered into the student's FLETC file, including any written rebuttal the student wishes to add.  An example of minor misconduct includes student tardiness, disruptive questioning, use of inappropriate language.

  b.  Moderate Misconduct or a Pattern of Misconduct may result in Disciplinary Probation - The PM will write an account/synopsis of the reason(s) the student is placed on probation in the <u>Notification Letter</u>, which will be filed in the student's FLETC file, including any written rebuttal the student wishes to include.

  Note: When the seriousness of the misconduct or continued misconduct warrants, a student may be placed on disciplinary probation.  The seriousness of the offense will determine the length of probation, which may, in some instances, remain in effect for the duration of training or longer (up to two-years).  Students in a probationary status will not be eligible for any special awards and any further incidence of misconduct may be grounds for dismissal from training.

  c.  Serious Misconduct or a Pattern of Misconduct may result in Investigation by the SISD and/or the Inspector General (IG) - If the investigation process is initiated, the student's employing agency will be verbally advised by the PM of all known circumstances in the case and will be requested to provide a recommendation to the appropriate AD.

   1) After an investigation is conducted by SISD and/or the IG, the

appropriate AD will review: (1) the Student's Center file; (2) the Report of Investigation (ROI); and (3) the Student's written rebuttal, if any.

Note: If the investigative process surpasses the graduation date, the certificate of graduation will be withheld pending investigative results. The FLETC may withhold a certificate of graduation and/or expel a student from training if the nature of the misconduct or pattern of misconduct warrants such action. Each case is decided on its own merits. The FLETC recognizes that any proposed adverse action is extremely important and may have career consequences, especially when withholding a certificate of graduation or removing a student from training. **Nothing in this directive precludes an independent inquiry by a PO into the matter under FLETC review or investigation.**

2) The appropriate AD will take action within forty-eight (48) hours of receiving the packet for review to decide to retain the Student, withhold the graduation certificate pending the outcome of an investigation, or expel the Student. The Student will be given a copy of the decision and/or appeal information.

a) If the Student is expelled, the Student will be given information on how to appeal the expulsion. The appeal may either be written or an oral presentation. If the Student elects to appeal, he/she must serve the ADT with Notice of Intent to Appeal the Expulsion Decision (Notice) within ten (10) calendar days of the Student receiving the decision. The AD will provide a copy of the decision to the student's employing organization. There are two methods of perfecting an appeal:

(1) The Student may appeal by serving a written Appeal to the ADT within thirty (30) calendar days of the Student serving the Notice.

(a) The ADT will review all the information from the Student, PO, LC, and other interested agencies.

(b) The ADT will decide to either approve the expulsion, wherein the decision stands; or the ADT will reverse the decision to expel/withhold the graduate certificate, wherein the Student will have the option of reapplying for training at FLETC through his/her Agency.

- or -

(2) The Student may appeal by requesting an appointment with the ADT to present an oral Appeal within thirty (30) days of the Student serving the Notice. Time extension requests will be reviewed on a case-by-case basis.

     (a) The ADT will review all the information from the Student, PO, LC, and other interested agencies.

     (b) The ADT will decide to either approve the decision to expel/withhold the graduation certificate, wherein the decision stands; or the ADT will reverse the decision to expel/withhold the graduation certificate. <u>If the decision is reversed, the Student will have the option to reapply for training at the FLETC at the request of his or her employing agency.</u>

   3) If the Student is retained, the appropriate AD will determine if the Student will receive counseling and/or disciplinary probation. (Please refer to the procedures detailed above).

7. Decision to Dismiss a Student from Training.

  a. The employing agency of the person involved in misconduct will be notified before a decision is made to dismiss a student from a FLETC training program. The final decision to dismiss a student from training for misconduct rests with the AD. When the AD decision is to dismiss the student from training, the action will be effective as soon as possible. A student, who is dismissed for an infraction such as cheating, is not eligible for readmission to the FLETC unless the student prevails in his or her appeal to the ADT and applies for readmission through their employing agency. Note: Nothing in this directive precludes an agency from removing a student from training when the agency deems removal to be appropriate.

  b. Exceptions to the above policies and procedures may only be granted by the FLETC Director.



FLETC Directive 67-35.C.6.a

| STUDENT COUNSELING FORM |||
|---|---|---|
| Student Name | Class Designation/Number | Date of Counseling |
| Brief Description of Subject Matter of Counseling | Name of Person Providing Counseling ||
| Narrative of Counseling Session (continue on separate sheet if necessary) |||
| Student Comments/Rebuttal |||
| Counselor Signature and Date | Student Signature and Date ||