01/08/2002 TUE 12:2  FAX 202 205 4861 SERVICES DIVISION → FLETC                    ☐001/00:
01/08/02 TUE 08:2   FAX 912 267 2783      U.S. PP/ FLETC              SERVICE BRCH    ☐00;



# United States Department of the Interior

**NATIONAL PARK SERVICE**
**UNITED STATES PARK POLICE**
**TRAINING ACADEMY**
Federal Law Enforcement Training Center
314 Command Circle
Glynco, Georgia 31525

IN REPLY REFER TO,

January 8, 2002

Memorandum

To:         Recruit Michael Turner

From:       Commander, Services Division
            United States Park Police

Subject:    Reassignment


Because of the injury you sustained to your right hand while undergoing training at the Federal Law Enforcement Training Center (FLETC), you will not be able to complete the requirements of recruit training. Therefore, I am directing you to report to Captain William Lynch, Human Resources Unit, United States Park Police Headquarters, 1100 Ohio Drive, Southwest, Washington, DC on Thursday, January 10, 2002 at 0730 HRS. Your temporary assignment, pending full recovery from your injury, will be the Washington, DC office. You will be carried in a travel status until your reporting time.

You are to call Mrs. Jacqueline Brown, Human Resources Unit, at (202) 619-7013 concerning the handling of your injury through the Workers' Compensation Program. You will be required to undergo a thorough medical examination and evaluation. Arrangements to your work schedule will be made to accommodate any follow-up examinations or physical therapy as necessary.

It is unfortunate that you sustained an injury. However, once you have recovered, it is anticipated that you will complete your training at the FLETC during the training of a future recruit class. If you believe that you will have difficulty in arriving as directed, or you have any questions concerning this memorandum, you are to call the Commander, Human Resources Unit, Captain William Lynch at (202) 619-7167.

Benjamin J. Holmes, Jr.
Deputy Chief, Services
United States Park Police



2