

# United States Department of the Interior

NATIONAL PARK SERVICE
UNITED STATES PARK POLICE
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20024

IN REPLY REFER TO:

JUL 24 2003

Mr. Michael L. Turner
214 V. Street, N.E.
Washington, D.C. 20002

Dear Mr. Turner:

Congratulations! I am pleased to inform you that you will be returning to the Federal Law Enforcement Training Center to complete a 16-week intensive training course; and upon successful completion, your permanent duty station will be Washington, D.C.

Upon completion of orientation, which is the week of July 21, you are to report to the Federal Law Enforcement Training Center (FLETC) on July 28, 2003 by 1200 hours. The related travel cost will be paid for by the United States Park Police. Meals and lodging will be provided while you are in training at the FLETC.

Your training at FLETC is essential to your development as a police officer. If you fail to meet the FLETC or the Force training or conduct requirements, you will be directed to report to the Human Resources Office at Headquarters, Washington, D.C.

If you have any questions regarding this notification, please contact Ms. Robin T. Brown, at 202-619-7001.

Sincerely,

*[signature]*

FOR Teresa C. Chambers
Chief of Police


I acknowledge receipt of the above stated information

*[signature]* Michael L. Turner          25 July 03
Signature                                 Date