I certify that I have received the United States Park Police Recruit Code of Conduct Memorandum which has been issued to me. I further certify that I understand the memorandum and the penalties that may be imposed should my conduct be deemed inappropriate. Dismissal from training may be grounds for the termination of my employment with the Force.

Michael L. Turner
Name (Print)

_[signature]_
Signature

7/28/04
Date

#2380  USPPI 304
Class Number

