April 19, 2004

Memorandum

To: United States Park Police Recruits

From: Sergeant G. E. Davis, Jr.
Acting Commander, USPP Training Branch
Federal Law Enforcement Training Center

Subject: United States Park Police Academy Training Requirements

On behalf of the United States Park Police training staff we would like to take this opportunity to welcome you to what we believe is the finest law enforcement organization in the Federal government.

Hopefully, many of your questions concerning the Federal Law Enforcement Training Center (hereinafter referred to as the Center) have been answered by the information enclosed in the Center packet that you received upon arrival at the facility. This memorandum identifies Academy regulations, requirements and policies that each recruit must abide by in order to successfully complete the 18 week U.S. Park Police Integrated Training Program (hereinafter Academy).

## ACADEMY TRAINING REQUIREMENTS

Satisfactory completion of the United States Park Police Academy requires that you achieve a passing score/evaluation in each phase of Academy training, to include the following subject areas:

    (1) Federal Law Enforcement Training Center

        (a) The Center academic requirements, to include a minimum 70 percent score for each test and a "passing" evaluation in practical exercises;

        (b) The Driver Training program;

        (c) The Firearms Training program; and

        (d) The Physical Training Program, to include the final Physical Efficiency Battery.



(2) U.S. Park Police Specialized Training

>Recruits will be required to attain a minimum score of 70.00 percent for each test as well as a "passing" evaluation in practical exercises. U.S. Park Police specialized test scores and remedial test scores are not rounded up to the next whole number as Center test scores are. This is done to assist in establishing class standing, which is frequently differentiated by hundredths of a percent. Any remedial testing will follow Center policies and guidelines.

## FAILURE TO MEET ACADEMY TRAINING REQUIREMENTS

Any recruit who fails to meet Academy training requirements will be dismissed from training.

## CLASS STANDING

Class standing is determined by the averaging of all numerical testing scores received by a recruit during the course of Academy training. The recruit's final overall score is then compared with all other class members' scores and ranked numerically. Specifically, the following areas are used in the establishment of ranking:

(1)   The six Center academic examinations;

(2)   The three U.S. Park Police specialized training examinations;

(3)   The Firearms Division's Practical Pistol Course; and

(4)   The Physical Techniques Division's, trauma management, cardiopulmonary resuscitation, and the final Physical Efficiency Battery scores.

## PROBATION

Any recruit who either fails an examination or attains a score of 75 percent or less on any Center or U.S. Park Police Specialized test will be placed on academic probation until such time as the recruit receives a test score greater than 75 percent, excluding remedial examination scores. In addition to the academic examinations, a recruit who fails a "pass/fail" exercise or scores 75 percent or less on any other portion of Center training may be placed on probation pending the successful completion of the failed area and/or attaining a score above 75 percent.

Probation Restrictions:

(1)   While on academic probation the recruit will report to Building 314, or other area designated by the training staff, from 1900 hours to 2100 hours, Monday through Thursday for the purpose of studying specified material, or other appropriate activity as designated by the Training Supervisor.

I, _____, have read the information, instructions, and guidelines contained in the United States Park Police Academy Training Requirements memorandum issued to me. The memorandum covers the following subjects and material:

1. Academy training requirements
2. Failure to meet Academy training requirements
3. Class standing
4. Academic Probation
5. Forms of address
6. Uniforms
7. Leave during training
8. Recruit counseling
9. Dormitories
10. Visitors in dormitories
11. Automobiles

I certify that I have read and understand the contents of the memorandum and will comply.

_____
Signature

7/29/03          304
_____
Date             Class No.