

Federal Law Enforcement Training Center
U.S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524

## Homeland Security

LET 15-6 (TMC)

November 13, 2003

Mr. Michael L Turner
United States Park Police Academy
USPPI-304
314 Command Circle
Glynco, GA 31524

Dear Mr. Turner:

    Office of Personnel Management regulations state that Federal employees shall not engage in criminal, infamous, dishonest, immoral or notoriously disgraceful conduct or other conduct prejudicial to the Government. Furthermore, any acts of violence, including physical attacks, property damage, direct and indirect threats, however communicated, along with any form of intimidation or harassment employed by any means, will not be tolerated. Administrative action, up to and including dismissal from training, may be taken in upholding these standards.

    Furthermore, persons in law enforcement occupations and/or those in training for such positions, should exemplify the highest degree of professionalism and display behavior that is a credit to the service and reflects positively on the individual, the organization, the government, and law enforcement as a profession. It has been determined that you have violated these standards of conduct.

    I have reviewed your FLETC file and the Memorandum Concerning Student Misconduct regarding an incident that occurred on November 8, 2003. In accordance with Federal Law Enforcement Training Center FLETC Directive 67-35.C, Student Misconduct, and FLETC Directive 67-01, Workplace Violence, you are hereby removed from the United States Park Police class number USPPI-304.

    As outlined in FLETC Directive 67-35.C, Student Misconduct and its supporting Manual, you may appeal my decision to the Assistant Director for Training (ADT), Federal Law Enforcement Training Center, Townhouse 381C, Glynco, GA 31524. If you elect to appeal my decision, you must serve the ADT with Notice of Intent to Appeal within ten (10) calendar days of today's date. If you appeal, a copy of the Memorandum Concerning Student Misconduct will be sent to you by registered mail, and you will have thirty calendar days from receipt to go forward with one of the appeal options.

2

As directed by Commander Kathy Lanata, United States Park Police Academy, you are to return to your duty station without delay.

Should you have any questions concerning this, please contact Mr. Robert F. Judge, Program Specialist, Training Management and Coordination Division, at (912) 267-3088.

Sincerely,

Bradley W. Smith
Deputy Assistant Director
Office of Training Management

cc: Commander Lanata, United States Park Police Academy
DAD/OTO
DAD/OTS
SIS
OLC
SVC
BUD
TMC (4)

3