FEDERAL LAW ENFORCEMENT TRAINING CENTER
POLICE TRAINING STUDENT EVALUATION
UNITED STATES PARK POLICE INTEGRATED
OFFICIAL TRANSCRIPT

| NAME: | CLASS NO. | DATES OF ATTD. | AGENCY | POST OF DUTY |
|---|---|---|---|---|
| TURNER, MICHAEL L. | USPPI-304 | 7/28/03-11/19/03 | USPP | WASHINGTON, DC |

| WRITTEN EXAMINATIONS* | TOTAL QUESTIONS | PERCENTAGE GRADE | REMEDIAL GRADE ** |
|---|---|---|---|
| FLETC EXAM I | 42 | 83.33 | |
| FLETC EXAM II | 50 | 88.00 | |
| FLETC EXAM III | 48 | 72.92 | |
| FLETC EXAM IV | 57 | 85.96 | |
| FLETC EXAM V | 47 | 97.87 | |

CLASS AVERAGE 86.52    STUDENT AVERAGE 85.62
HONOR ___    DISTINGUISHED ___
SATISFACTORY ___    UNSATISFACTORY ✓

| PRACTICAL EXERCISES* | SATISFACTORY/UNSATISFACTORY* S/U | | |
|---|---|---|---|
| Court Testimony | S | Photography | S |
| Final Practical Exercise | S | Rolled Fingerprints | S |
| Interviewing | S | | |

| DRIVER TRAINING | SATISFACTORY/UNSATISFACTORY* S/U | | |
|---|---|---|---|
| Emergency Response Driving | S | Traffic Accident Diagraming P.E. | S |
| Non-Emergency Vehicle Operations | S | | |
| Skid Control | S | | |
| Risk and High Risk Vehicle Stops | S | | |

| PHYSICAL TECHNIQUES | SATISFACTORY/UNSATISFACTORY* S/U | | |
|---|---|---|---|
| Cardiopulmonary Resuscitation | S | Trauma Management | S |
| Baton Control Techniques | S | | |
| Non-Lethal Control Techniques | S | | |

**FIREARMS TRAINING**

| | Distinguished Expert | Expert | Sharpshooter | Marksman |
|---|---|---|---|---|
| Survival Shooting Applications | | 285 | | |
| | (300) | (285-299) | (255-284) | (240-254) |

Judgment Pistol Shooting (Satisfactory/Unsatisfactory)    S

(STUDENT MUST ATTAIN 70% ACCURACY/100% JUDGMENT FOR A SATISFACTORY MARK)

Students who do not achieve a minimum score of 70 percent on any written examination must, after a period of academic probation, be re-examined with a different examination covering the same learning segment for which the student was placed on probation. A student must receive a minimum of 70 percent on this remedial examination or he/she will be eliminated from further training. Students who fail a regular written examination, and subsequently pass the remedial examination, will receive a credited score of 70 percent for that examination. The failure of a second examination will result in academic termination.

SEE REVERSE SIDE FOR PROGRAM OF INSTRUCTION AND EXAMINATION POLICY
*ANY FAILURE IS EXPLAINED IN THE REMARKS SECTION.
**A MAXIMUM SCORE OF 70% IS ALLOWED ON A REMEDIAL EXAMINATION FOR COMPUTING A STUDENT AVERAGE

REMARKS: STUDENT LEFT CENTER ON 11/14/03 DUE TO VIOLATION OF THE STANDARDS OF CONDUCT.



3