

Federal Law Enforcement Training Center
U.S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524

# Homeland Security

LET 15-6 (LC)                                   January 7, 2004

**VIA CERTIFIED MAIL**

Mr. Morris E. Fischer, Esquire
Law Offices of Snider & Fisher, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208

    Re:    Appeal of Removal from Training, Mr. Michael Turner

Dear Mr. Fischer:

    This responds to your letter to Mr. Kenneth Keene of December 5, 2003 and is intended as a follow-up to Ms. Trisha Besselman's letter to Mr. Michael Turner of December 2, 2003.

    I am enclosing as Attachment 1 a revised official transcript for Mr. Turner. This revised transcript reflects Mr. Turner's non-participation in two practical exercises required for completion of the academic requirements of his course of instruction at the Federal Law Enforcement Training Center (FLETC).[1]

    In addition, enclosed as Attachment 2 please find a copy of the final Report of Investigation completed by the FLETC Special Investigations and Security Division (SISD). Mr. Turner previously received a copy of FLETC Directive/Manual 67-35.C <u>Student Misconduct</u>, which outlines the procedures for appeal of his removal from training. You are hereby advised that Mr. Turner has thirty (30) days from your receipt of this letter to go forward with one of his appeal options, if at all.

    If you have any questions regarding this matter, please contact me at the FLETC Office of Legal Counsel, 1131 Chapel Crossing Rd., Townhouse 400D, Glynco, GA 31524, by telephone at (912) 267-2441, or via e-mail at <kent.davis@dhs.gov>.

                              Sincerely,

                              W. Kent Davis
                              Attorney-Advisor

---

[1] As noted on the revised transcript, the two prerequisites that Mr. Turner did not complete were the Court Testimony and Final Practical Exercises, both of which were administered after Mr. Turner received a letter from the Chief of SISD of November 12, 2003 restricting his access to FLETC premises. Mr. Turner received a preliminary version of his transcript, along with all other documents from his FLETC student file, as an enclosure to the December 2, 2003 letter from Ms. Besselman. That preliminary transcript is now void.



"Davis, Kent"
<Kent.Davis@dhs.gov>

01/07/2004 01:41 PM
EST

To: <David_Stover@NPS.GOV>
cc: "Lanata, Kathy" <Kathy_Lanata@NPS.GOV>
Subject: RE: Michael Turner Case

Captain Stover,

My apologies for the delay in getting back to you on this case. The delay resulted from confusion surrounding Mr. Turner's transcript, as noted below. This is follow-up to our earlier phone conversation and your questions re. the status of Mr. Turner's case:

- Mr. Turner's preliminary transcript (which was sent to him in early December) erroneously indicated that he had completed all academic requirements for graduation from FLETC. However, as Captain Lanata at FLETC kindly confirmed (and as corroborated by FLETC instructors) he actually did not complete two required practical exercises. The FLETC Educational Aides office has fixed Mr. Turner's transcript and issued a revised version on 1/6/04.

- The FLETC Special Investigations and Security Division (SISD) has indeed finalized its Report of Investigation regarding Mr. Turner and has authorized its release to him and his attorney.

I have advised Mr. Turner's attorney of these developments and have provided him a copy of the revised transcript and the final SISD Report of Investigation. I am attaching a copy of my cover letter to the attorney, which provides some more details of the transcript issue FYI. (You will receive a mailed "blind courtesy copy" of the signed letter as well, which documents the issues that we previously discussed on the phone.)

Please let me know if have any further questions. I will keep you advised on the status of Mr. Turner's appeal of his expulsion.

Thanks, sir.

W. Kent Davis
Attorney-Advisor
Department of Homeland Security
Federal Law Enforcement Training Center
Office of Legal Counsel
1131 Chapel Crossing Road, Building TH400D
Glynco, GA 31524
Phone:  (912) 267-2441
Fax:    (912) 267-2847
kent.davis@dhs.gov


-----Original Message-----
From: David_Stover@nps.gov [mailto:David_Stover@nps.gov]
Sent: Tuesday, December 30, 2003 10:55 AM
To: Davis, Kent
Subject: Michael Turner Case

I appreciate your assistance in this matter.

**Dennis W Smith**  
12/23/2003 09:13 AM EST

To: Benjamin J Holmes/USPP/NPS@NPS  
cc:  
Subject: Michael Turner Information

Mr. Turner did not complete the following exercises/classes;

| | |
|---|---|
| Mock Trial | 4 hours |
| Downed Ofc. Lab | 4 hours |
| Driver Trng. | 4 hours |
| Oral Boards | 16 hours |
| Final Practical Exercise | 8 hours |

per Capt. Lanata (FLETC)

Capt. DW Smith

FEDERAL LAW ENFORCEMENT TRAINING CENTER
POLICE TRAINING STUDENT EVALUATION
UNITED STATES PARK POLICE INTEGRATED
OFFICIAL TRANSCRIPT

| NAME: | CLASS NO. | DATES OF ATTD. | AGENCY | POST OF DUTY |
|---|---|---|---|---|
| TURNER, MICHAEL L. | USPPI-201 | 10/16/01-03/11/02 | USPP | WASHINGTON, DC |

| WRITTEN EXAMINATIONS* | TOTAL QUESTIONS | PERCENTAGE GRADE | REMEDIAL GRADE** |
|---|---|---|---|
| FLETC EXAM I | 53 | 88.68 | |
| FLETC EXAM II | 52 | 84.62 | |
| FLETC EXAM III | | | |
| FLETC EXAM IV | | | |
| FLETC EXAM V | | | |

CLASS AVERAGE    91.55         STUDENT AVERAGE
HONOR                  DISTINGUISHED
SATISFACTORY     UNSATISFACTORY ✓

| PRACTICAL EXERCISES* | SATISFACTORY/UNSATISFACTORY* S/U | | |
|---|---|---|---|
| Court Testimony | | Photography | |
| Crime Scene Processing | | Rolled Fingerprints | S |
| Final Practical Exercise | | Search and Seizure (AFF) | |
| Interviewing | | | |

| DRIVER TRAINING | SATISFACTORY/UNSATISFACTORY* S/U |
|---|---|
| Emergency Response Driving | S/R |
| Non-Emergency Vehicle Operations | S |
| Skid Control | S |

| PHYSICAL TECHNIQUES | SATISFACTORY/UNSATISFACTORY* S/U | | |
|---|---|---|---|
| Cardiopulmonary Resuscitation | S | Physical Efficiency Battery | S |
| Impact Weapons Control | | Trauma Management | S |
| Non-Lethal Control Techniques | S | | |

FIREARMS TRAINING

| | Distinguished Expert | Expert | Sharpshooter | Marksman |
|---|---|---|---|---|
| Practical Pistol Course | (300) | (285-299) | 273 (255-284) | (210-254) |
| Judgment Pistol Shooting (Satisfactory/Unsatisfactory) | | | | S |

(STUDENT MUST ATTAIN 70% ACCURACY/100% JUDGMENT FOR A SATISFACTORY MARK)

Students who do not achieve a minimum score of 70 percent on any written examination must, after a period of academic probation, be re-examined with a different examination covering the same learning segment for which the student was placed on probation. A student must receive a minimum of 70 percent on this remedial examination or he/she will be eliminated from further training. Students who fail a regular written examination, and subsequently pass the remedial examination, will receive a credited score of 70 percent for that examination. The failure of a second examination will result in academic termination.

SEE REVERSE SIDE FOR PROGRAM OF INSTRUCTION AND EXAMINATION POLICY
*ANY FAILURE IS EXPLAINED IN THE REMARKS SECTION.
**A MAXIMUM SCORE OF 70% IS ALLOWED ON A REMEDIAL EXAMINATION FOR COMPUTING A STUDENT AVERAGE

REMARKS: STUDENT WAS REMEDIATED IN THE EMERGENCY RESPONSE DRIVING COURSE PORTION OF DRIVER TRAINING DIVISION.
STUDENT LEFT CENTER ON 1/10/02 DUE TO MEDICAL REASONS.

1

PROGRAM OF INSTRUCTION
UNITED STATES PARK POLICE INTEGRATED TRAINING PROGRAM

OFFICE OF TRAINING

BEHAVIORAL SCIENCE DIVISION
AUTHORITY; BEHAVIORAL SCIENCE FIELD LABORATORY; BEHAVIORAL SCIENCE LABORATORY; COMMUNICATIONS; CONFLICT MANAGEMENT; CRITICAL INCIDENT STRESS; ETHICAL BEHAVIOR; HANDLING ABNORMALS; HOSTAGE SITUATIONS; INTERVIEWING; SEXUAL HARASSMENT; STRESS MANAGEMENT; VICTIMOLOGY

ENFORCEMENT OPERATIONS DIVISION
AEROSOL IRRITANTS; CROWD CONTROL; EXECUTION OF A SEARCH WARRANT; FEDERAL FIREARMS VIOLATION; FINAL PRACTICAL EXERCISE; LARCENY FROM MOTOR VEHICLES; OPERATIONAL SKILLS LABORATORY; ORIENTATION TO FEDERAL LAW ENFORCEMENT AGENCIES; RADIO COMMUNICATIONS; REPORT WRITING; VEHICLE SEARCH; VIP PROTECTION

ENFORCEMENT TECHNIQUES DIVISION
ARCHEOLOGICAL RESOURCES CRIME; CRIME LABORATORY; CRIME SCENE PROCESSING; CRIME SCENE PROCESSING EXERCISE; DEATH INVESTIGATION; DESCRIPTION AND IDENTIFICATION; FINGERPRINT LECTURE; FINGERPRINTS (LATENT); FINGERPRINTS (ROLLED); NARCOTICS; NARCOTICS LABORATORY; NARCOTICS LABORATORY (SEQUENTIAL TESTING); PHOTOGRAPHY; RAPE INVESTIGATION

LEGAL DIVISION
CIVIL LIABILITY; CIVIL RIGHTS; CONSTITUTIONAL LAW; COURT TESTIMONY; CRIMINAL LAW; DETENTION AND ARREST; EVIDENCE; FEDERAL COURT PROCEDURES; FEDERAL LAW, U.S. CODE AND CONSPIRACY; SEARCH AND SEIZURE; SELF-INCRIMINATION

SECURITY SPECIALTIES DIVISION
BOMBS AND EXPLOSIVES; BOOBYTRAP LABORATORY; BUILDING AND ROOM SEARCHES; DOMESTIC TERRORISM; FIRST RESPONSE; GOVERNMENT RESPONSE TO TERRORISM; INTRODUCTION TO TACTICS; INTRODUCTION TO OFFICER SAFETY AND SURVIVAL; INTRODUCTION TO TERRORISM; MOTOR HOME SEARCH TACTICS; OFFICER SAFETY AND SURVIVAL ASSESSMENT LABORATORY; PATROL PROCEDURES; PATROL PROCEDURES LABORATORY; PERSONAL PROTECTION; PHYSICAL SECURITY; RAPID BUILDING ENTRY AND SEARCH TECHNIQUES; TERRORIST STRATEGIES AND TACTICS

DRIVER AND MARINE DIVISION
ACCIDENT INVESTIGATION PHOTOGRAPHY; ACCIDENT SCENE PROCEDURES; DETERMINATION OF SPEED FROM SKID MARKS; DETERMINING THE ACCIDENT CAUSE; DRIVER TRAINING COURSE ORIENTATION; EMERGENCY RESPONSE DRIVING; FINAL FIELD INVESTIGATION PROBLEM; GETTING TO THE SCENE SAFELY AND QUICKLY; HIGHWAY TERMINOLOGY; HIT AND RUN INVESTIGATION PROCEDURES; INTRODUCTION TO ACCIDENT INVESTIGATION; NIGHT PURSUIT DRIVING; NON-EMERGENCY VEHICLE OPERATIONS; RISK AND HIGH RISK VEHICLE STOPS; SKID CONTROL; TOOLS OF AN ACCIDENT INVESTIGATOR; TRAFFIC ACCIDENT DIAGRAMMING; TRAFFIC TEMPLATE; VEHICLE PURSUIT DRIVING

FIREARMS DIVISION
ADVANCED REDUCED LIGHT FIRE; ADVANCED SHOTGUN; BASIC MARKSMANSHIP INSTRUCTION; BASIC SHOTGUN; COMBAT SKEET FOR REMINGTON 870 SHOTGUN; DECISION REACTION; DOWNED/DISABLED OFFICER COURSE; DUAL ASSAILANT QUICK POINT; FIREARMS SAFETY RULES AND REGULATIONS; FLETC PRACTICAL PISTOL COURSE FOR SEMIAUTOMATICS; HANDGUN/SHOTGUN STRESS; HECKLER AND KOCH P7 PISTOL; IDENTIFICATION AND SAFE HANDLING OF FIREARMS; INSTINCTIVE REACTION; JUDGMENT PISTOL SHOOTING COURSE FOR POLICE SCHOOL; PRACTICAL PISTOL COURSE LABORATORY FOR SEMIAUTOMATIC; REDUCED LIGHT(SEMIAUTOMATICS); RESPONSE SURVIVAL TACTICS; SITUATIONAL RESPONSE

PHYSICAL TECHNIQUES DIVISION
BASIC TRAUMA MANAGEMENT; BOXING FUNDAMENTALS; CARDIOPULMONARY RESUSCITATION; HIV/AIDS EDUCATION; IMPACT WEAPONS CONTROL; INTRODUCTION TO PHYSICAL TECHNIQUES; LIFESTYLE MANAGEMENT; NON-LETHAL CONTROL TECHNIQUES; PHYSICAL CONDITIONING; PHYSICAL EFFICIENCY BATTERY; THE REMOVAL AND POSITIONING FOR TRANSPORT OF RELUCTANT SUSPECTS; WATER SAFETY AND SURVIVAL

UNITED STATES PARK POLICE

ARREST PROCEDURES; DEMONSTRATIONS; EDGED WEAPONS; EQUIPMENT AND PATROL TECHNIQUES; FORCE COMMUNICATIONS; FORCE DEATH, INJURY, ILLNESS AND DAMAGE PROCEDURES; FORCE JURISDICTION AND AUTHORITY; FORCE WEAPONS POLICY; INCIDENT REPORTING PROCEDURES; LABORATORY BRIEFINGS; LAW ENFORCEMENT OFFICERS FLYING WHILE ARMED; LEADERSHIP; MAJOR INCIDENT PROCEDURES; MISCELLANEOUS OPERATIONAL PROCEDURES; MOTOR VEHICLE ACCIDENT REPORTING PROCEDURES; OLEORESIN CAPSICUM SPRAY; ORIENTATION-ILLNESS/INJURY REPORTING; ORIENTATION TO U.S. PARK POLICE ACADEMY; ORIENTATION TO U.S. PARK POLICE SPECIALIZED TRAINING; PATROL WAGON OPERATION TRAINING; PERSONNEL POLICIES; POST-TRAUMATIC INCIDENT COUNSELING; SPECIAL JURISDICTIONS; TRAFFIC ENFORCEMENT; TRAFFIC MANAGEMENT; TRANSPORTING PRISONERS IN A MARINE ENVIRONMENT; U.S. PARK POLICE FINAL PRACTICAL LABORATORY

Revised 3/99

2