UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. TURNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil No. 05-1543 HHK |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
|   THE INTERIOR, et al., | ) |
| | ) |
|     Defendants. | ) |

DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an enlargement of time, to and including July 21, 2006, in which to file defendants' response to plaintiff's opposition to defendants' dispositive motion.  Since receiving plaintiff's opposition, defense counsel has been in witness preparation and two days of depositions in this case.  Today she was out of the office in the morning for a medical appointment and in a Court of Appeals' mediation all afternoon.  Tomorrow she will be on a flight out of the country, not returning to the office until July 17th.  This trip is in part to attend her daughter's graduation from Oxford University.  Thus, the time requested is needed so that defense counsel can, upon her return to the office, complete defendants' reply in a thorough manner and allow for the appropriate reviews.

Plaintiff pro se has consented to this motion.

Accordingly, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

<u>CERTIFICATE OF SERVICE</u>

I certify that the accompanying Defendants' Unopposed Motion for Extension of Time, with proposed order, was served upon plaintiff by email and by mail on June 29, 2006, addressed to:

>Mr. Michael L. Turner
>928 Booker Dr.
>Capitol Heights, MD 20743

>_____
>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,              )
                                )
        Plaintiff,              )
                                )
        v.                      )   Civil No. 05-1543 HHK
                                )
UNITED STATES DEPARTMENT OF     )
  THE INTERIOR, et al.,         )
                                )
        Defendants.             )
```

ORDER

Upon consideration of defendants' unopposed motion for extension of time, and of the entire record, and it appearing to the Court that the granting of defendants' unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that defendants' unopposed motion be, and it hereby is, granted; and it is further

ORDERED that defendants may have to and including July 21, 2006 in which to file defendants' reply to plaintiff's opposition to defendant's dispositive motion.

_____
UNITED STATES DISTRICT COURT

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743