April 19, 2004

Memorandum

To:        United States Park Police Recruits

From:      Sergeant G. E. Davis, Jr.
           Acting Commander, USPP Training Branch
           Federal Law Enforcement Training Center

Subject:  · Law Enforcement Authority

The purpose of this memorandum is to set forth instructions applicable to all Recruits of
the United States Park Police regarding Law Enforcement Actions.

Until you graduate from the training academy here, and are duly sworn Officers of the
Force, you are not authorized to become involved in any law enforcement situation in
which you act under color of law.  Under no circumstances should you take an
enforcement action in which you identify yourself as a police officer.

This does not preclude you from being involved in any action in which you may feel
morally obligated.  If you do so, know that your actions are those of a **private citizen**.



DEFENDANT'S
EXHIBIT
13
FO5-1543 HHK

I certify that I have received the United States Park Police Law
Enforcement Authority Memorandum which sets forth instructions
applicable to all Force recruits concerning law enforcement
actions while in a training status.

I further certify that I understand the contents of the
memorandum and will comply.


Michael L. Turner
Name (Print)

Michael L. Turner
Signature

7/28/03
Date

387
Class Number