# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| TURNER MICHAEL LAMONTE | ARMY/RA | 224 11 4476 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SPC | E4 | 19701018 | Year 2004 Month 08 Day 07 |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| BALTIMORE (MEPS), MD | 18918 TREEBRANCH TERRACE GERMANTOWN, MD 20874 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| D DET., 106TH FINANCE BN APO AE 09177 EU | KITZINGEN, TRANSITION CENTER APO AE 09225 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | None |
|---|---|---|
| USAR CTRLGP (REINF) ARPERCEN, 9700 PAGE BLVD, ST LOUIS, MO 63132 | Amount: $ 200,000.00 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 73C10 FINANCE SP--03 YRS-10 MOS//NOTHING FOLLOWS | a. Date Entered AD This Period | 1996 | 09 | 03 |
| | b. Separation Date This Period | 2000 | 09 | 02 |
| | c. Net Active Service This Period | 0004 | 00 | 00 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0002 | 06 | 02 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1996 | 09 | 03 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY COMMENDATION MEDAL//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//GOOD CONDUCT MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//NATO MEDAL//EXPERT MARKSMANSHIP BADGE (RIFLE M-16)//EXPERT MARKSMANSHIP BADGE (GRENADE)//ARMY LAPEL PIN//KOSOVO SERVICE MEDAL//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| FINANCE ACCOUNTING SPECIALIST COURSE, 08 WEEKS, JAN 1997//NOTHING FOLLOWS |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 0.5 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |
|---|---|---|

| 18. REMARKS |
|---|
| DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SERVICE IN KOSOVO--19990704 to 19991217//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DEP--19960808 to 19960902// SOLDIER ENTERED ACTIVE DUTY AS SPC/E4//NOTHING FOLLOWS |

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 18918 TREEBRANCH TERRACE GERMANTOWN, MD 20874 | LEE B. JONES RT 1 BOX 54 MADISON HEIGHTS, VA 24501 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO    MD    DIR. OF VET AFFAIRS X Yes No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED *Michael L. Turner* | SHARON A. DAVIS, TRANSITION SPECIALIST |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | 1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE    (PLT. EX 1) | Initials KT |

DD Form 214, NOV 88

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TURNER, MICHAEL L. | 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 | 10/18/70 | 03/13/04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
| 330 | REMOVAL | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V6J | 5 U.S.C. 75, POSTAPPT | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PRIVATE | |
| 3984    -009330 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SP | 0083 | 01 | 03 | $ 46257 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 40780 | $ 5477 | $ 46257 | $ 0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| OFFICE OF THE DIRECTOR<br>DEPUTY DIRECTOR FOR EXT AFFAIRS<br>UNITED STATES PARK POLICE<br>RECRUIT TRAINING PROGRAM<br><br>WASHINGTON,DC | |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2   1 - None   3 - 10-Point/Disability   5 - 10-Point Other<br>    2 - 5-Point   4 - 10-Point Compensable   6 - 10-Point/Compensable/30% | 2   0 - None   2 - Conditional<br>    1 - Permanent   3 - Indefinite | M   SEX   X | YES [ ]   NO [ ] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0   BASIC ONLY | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| M   FERS & FICA-SPECIAL | 10/07/97 | F   FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General<br>    2 - Excepted Service   4 - SES Career Reserved | N   E - Exempt<br>    N - Nonexempt | | 1840 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON,DISTRICT OF COLUMBIA |

| 40. Agency Data NC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS   00 | P | 13 | 8 | CRITICAL-SENSITIVE |

45. Remarks

REASON(S) FOR REMOVAL: "FAILURE TO COMPLETE BASIC POLICE TRAINING."
FORWARDING ADDRESS: 214 V STREET, NE WASHINGTON DC 20002
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
SICK LEAVE WILL BE RECREDITED TO AN EMPLOYEE'S ACCOUNT IF REEMPLOYED
FOLLOWING A BREAK IN SERVICE.

(PLT Ex 2)

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - NATIONAL PARK SERVICE | ROBIN T. BROWN |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER |
| IN10 | 2902 | 03/13/04 | 040352840 |

1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TURNER, MICHAEL L. | 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 | 10/18/70 | 10/07/01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code **101** | 5-B. Nature of Action **CAREER-COND APPT** | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code **ACM** | 5-D. Legal Authority **CS CERT NO WA-01-DM-11251SO** | 6-C Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PRIVATE  3984  -009330 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | SP | 0083 | 01 | 01 | $ 35776 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $ 33504 | $ 2272 | $ 35776 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | NATIONAL CAPITAL REGION  UNITED STATES PARK POLICE  RECRUIT TRAINING PROGRAM  WASHINGTON, DC |

## EMPLOYEE DATA

| 23. Veterans Preference **1** | 1 - None  2 - 5-Point | 3 - 10-Point/Disability  4 - 10-Point Compensable | 5 - 10-Point Other  6 - 10-Point/Compensable/30% | 24. Tenure **2** | 0 - None  1 - Permanent | 2 - Conditional  3 - Indefinite | 25. Agency Use **M** **SEX** | 26. Veterans Preference for RIF  YES ☐  NO ☒ |
|---|---|---|---|---|---|---|---|---|

| 27. FEGLI **C0** BASIC ONLY | 28. Annuitant Indicator **9** NOT APPLICABLE | 29. Pay Rate Determinant **0** |
|---|---|---|

| 30. Retirement Plan **M** FERS & FICA-SPECIAL | 31. Service Comp. Date (Leave) **10/07/01** | 32. Work Schedule **F** FULL-TIME | 33. Part-Time Hours Per  Biweekly  Pay Period |
|---|---|---|---|

## POSITION DATA

| 34. Position Occupied **1** | 1 - Competitive Service  2 - Excepted Service | 3 - SES General  4 - SES Career Reserved | 35. FLSA Category **N** | E - Exempt  N - Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status **1840** |
|---|---|---|---|---|---|---|

| 38. Duty Station Code **13-2394-127** | 39. Duty Station (City - County - State or Overseas Location) **GLYNCO, GLYNN, GEORGIA** |
|---|---|

| 40. Agency Data **NC** **CLS** | 41. VET-STAT **X** **00** | 42. EDUC LVL **13** | 43. SUPV LVL **8** | 44. POSITION SENSITIVITY  CRITICAL-SENSITIVE |
|---|---|---|---|---|

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 10-07-01.
SERVICE COUNTING TOWARD CAREER TENURE FROM 10-07-01.
CREDITABLE MILITARY SERVICE: 4 YRS
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY
PERIOD BEGINNING 10-07-01.
YOU MAY CHANGE HEALTH BENEFITS ENROLLMENT WITHIN 60 DAYS AFTER THE
EFFECTIVE DATE OF THIS ACTION.
ELIGIBLE FOR FEGLI, RETIREMENT AND HEALTH BENEFITS.
APPOINTMENT IS SUBJECT TO SATISFACTORY COMPLETION OF SECURITY AND/OR
SUITABLITY INVESTIGATION.
SCD MAY BE RETROACTIVELY ADJUSTED UPON RECEIPT AND VERIFICATION OF PRIOR
CREDITABLE SERVICE.
ELIGIBLE TO ENROLL IN THE THRIFT SAVINGS PLAN BEGINNING 10/07/01.

| 46. Employing Department or Agency **IN - NATIONAL PARK SERVICE** | 50. Signature/Authentication and Title of Approving Official  LESLIE J. NEWMAN  CHIEF, STAFFING & PLACEMENT  011201031 |
|---|---|
| 47. Agency Code **IN10** | 48. Personnel Office ID **2902** | 49. Approval Date **10/04/01** | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-106

# APPOINTMENT AFFIDAVITS

**UNITED STATES PARK POLICE OFFICER**
*(Position to which appointed)*

**OCTOBER 7, 2001**
*(Date of appointment)*

**DEPT. OF THE INTERIOR**
*(Department or agency)*

**NPS**
*(Bureau or Division)*

**U.S. PARK POLICE**
*(Place of employment)*

I, Michael L. Turner _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*Michael L. Turner*
*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 7TH day of OCTOBER, 2001,

at WASHINGTON
*(City)*

DISTRICT OF COLUMBIA
*(State)*

[SEAL]

*Arthur T. Pettiford*
*(Signature of officer)*

Arthur T. Pettiford
Notary Public, District of Columbia
My Commission Expires 05-31-2006

Commission expires 5-31-2006
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

PLT. EXhibit. 4



# United States Department of the Interior

NATIONAL PARK SERVICE·
**UNITED STATES PARK POLICE**
Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20024

IN REPLY REFER TO:

Memorandum                                          <u>Employee Copy</u>

**To:**        Recruit Michael L. Turner, United States Park Police

**From:**      Barry S. Beam, Deputy Chief
               Acting Commander, Services Division

**Subject:**   Proposed Removal

It is hereby proposed that you be removed from your position as Private, SP-083-01,
United States Park Police (the Force), National Park Service, Department of the Interior,
and from Federal service. This action is being proposed for (1) Failure to Complete
Basic Police Training. This action is being proposed to promote the efficiency of the
Service and will be affected no earlier than thirty (30) calendar days after the date you
receive this memorandum.

<u>Charge: Failure to Complete Basic Police Training</u>

<u>Specification</u>: On July 28, 2003, you entered the United States Park Police Integrated
Recruit Training Program, Class Number 304 (USPP I-304), at the Federal Law
Enforcement Training Center (FLETC). Successful completion of the training program
was a condition of employment. By notice dated November 13, 2003, from Mr. Bradley
W. Smith, Deputy Assistant Director, Office of Training Management, FLETC, you were
informed that you were removed from USPP I-304 and were dismissed from training at
FLETC. You failed to successfully complete basic police training at FLETC.

<u>Background:</u>

FLETC is independently administered by the United States Department of Homeland
Security. Approximately 74 Federal law enforcement agencies use FLETC as their
training facility. The Force sends all recruits to basic police training at FLETC. On
October 7, 2001, you were appointed to the Force. You were assigned to FLETC, in
Glynco, Georgia, to attend basic police training. On July 25, 2003, you received a letter
from Acting Chief of Police Benjamin J. Holmes, Jr., stating that your successful

PLT Ex 5

5

1

completion of training at FLETC was essential to your development as a police officer with the Force.

Your dismissal was based on an investigation conducted by FLETC staff regarding your conduct on November 8, 2003. On this date, at approximately, 11:25 p.m., three students from USPP I-304 contacted FLETC Security and reported that you had committed an act of violence (assault) against a fellow classmate, Sean D'Augustine. Recruit D'Augostine reported that you came to his room in an intoxicated state with an alcoholic drink in your hand. It was reported that you had pushed aside another classmate, Erick May, in order to gain access to Recruit D'Augostine. You placed your hands around Recruit D'Augostine's neck, choked him, ripped his shirt and tore his chain from his neck. Your reported actions caused significant bruising to Recruit D'Augostine's neck and chest areas. These actions were witnessed by Recruits May and Louis Facciponti, both classmates in USPP I-304. Based on the findings of the FLETC investigation, you were found to be in violation of FLETC Directives. Consequently, you were removed from USPP I-304 and dismissed from training at FLETC.

Penalty Analysis

In proposing to remove you from your position with the Force and the Federal Service, I considered the factors listed below.

Nexus

In this case, one critical factor connects your off-duty conduct, as described in the specification, to the efficiency of the Service. As a requirement to become a police officer with the United States Park Police, you must successfully complete basic police training at FLETC. Absent successful completion, you are not eligible to become a police officer. FLETC, an independent Federal Agency, made a decision to removed you from USPP I-304 and dismiss you from training. Thus, your off-duty conduct has resulted in your failure to meet a minimum requirement to become a police officer with the Force.

Aggravating Circumstances

In proposing your removal, I have considered the nature and seriousness of the misconduct and its relation to your duties, position and responsibilities and the effect of the offense upon your ability to satisfactorily perform your duties. Your failure to successfully complete basic police training at FLETC prevents you from becoming a United States Park Police officer. Thus, you cannot exercise any of the duties or responsibilities of the position for which you were hired.

I have additionally considered the notoriety of the offense and its impact upon the reputation of the agency. The Force has a longstanding history of sending police recruits

6

2

to training at FLETC. As a result of this, the Force has cultivated a good working relationship with FLETC officials. The manner in which you were discharged from FLETC has brought embarrassment to the Force and thus adversely impacted the reputation of the Force.

I have also considered, in proposing your removal, that your conduct impaired the efficiency of the Force because of your ineligibility to become a sworn Park Police officer and fulfill the duties and responsibilities for the position for which you were hired.

## Mitigating Circumstances

In proposing your removal, I have considered your past work record including your length of service with the Force (hired on October 7, 2001) and the fact that you have had no prior discipline within the last year.

I have considered, in proposing your removal, your potential for rehabilitation and the adequacy of alternative discipline. As you were discharged from FLETC, you are ineligible to become a United States Park Police officer. You cannot, therefore, be rehabilitated. I have also considered the fact that other recruits who have been dismissed from FLETC have likewise been removed or dismissed from the Force. Thus the proposed removal is consistent with penalties imposed on other employees.

## Proposed Action

Your proposed removal is consistent with the Department of Interior Handbook on Charges and Penalty Selection for Disciplinary and Adverse Actions (Charges and Penalty Handbook), dated June 27, 2001, for the charge. The Table of Penalties does list the offense of off-duty misconduct such that the employee is unable to fulfill his job responsibilities (number 24). Penalties for this offense range from a one-day suspension to removal for a first offense. The above-mentioned offense is similar to the charge that has been made against you.

After evaluating all of the above information, I believe that the seriousness of your behavior and the aggravating factors described above outweigh the mitigating factors. Therefore, I believe that proposing your removal is the only action that is appropriate and that will ensure the efficient operation of the Force and the Federal Service.

## Right to Respond to this Proposed Removal

You may answer this Proposed Removal both personally and in writing to explain why your removal should not take place. You may submit affidavits and other written statements and evidence that you wish to be considered in support of your answer. Concerning your written and/or oral replies, you will not be restricted to matters relating

solely to the reasons for proposing this action, but you may assert extenuating circumstances or make any other representations which you consider appropriate.

You may represent yourself or elect to be represented by an attorney or other representative of your choice unless such representation would result in a conflict of interest or position, conflict with the priority needs of the Force or give rise to unreasonable costs to the government. If you have a representative, you must submit a Designation of Representative form, which must provide the name, title, address and phone number of your representative.

A copy of the material relied on, to support the reasons for this Proposed Removal, is enclosed for your review.

You will be allowed <u>thirty (30) calendar days.</u> from the date you receive this Proposed Removal, to submit your answer in writing and/or to present an oral response. **Any written reply or request for an oral reply, as well as designation of representative, should be addressed to:**

> Chief, United States Park Police
> 1100 Ohio Drive, SW.,
> Washington, D.C. 20024.

Consideration will be given to extending this time period if you submit a request, in writing, to the Chief, at the address listed above, stating your reasons for desiring more time. Any such request must be submitted within the time frame specified above. If you wish to request an oral reply, please also contact Ms. Kathleen Mansheim at (202) 619-7099.

Your answer or any requests cannot be on Force letterhead stationary and cannot be transmitted by electronic mail or postage paid Federal government envelope.

If you believe that personal, medical or other problems are reasons for your actions, you may provide documentation of a medical condition or raise these issues in your written and/or oral reply. If you wish to provide medical documentation, please contact Ms. Mansheim for information concerning medical documentation requirements. You may also call the Employee Assistance Program (EAP) for assistance with personal, medical or other problems. Their services are free of charge and confidential. EAP can be reached at (800) 222-0364 or (888) 262-7848 (TTY).

A final decision will not be made in this matter until your reply or replies have been received and considered, or, if no reply is received, until after the time specified for replies has passed. Any replies, affidavits, or other evidence submitted by you will be given full consideration. You will be given a written decision on this proposed action.

Effective immediately, you are being placed in an administrative leave (non-duty, paid) status pending a decision on this Proposed Removal.

If you have any questions regarding your rights or other procedures contained in this notice, please contact Ms. Mansheim at (202) 619-7099.

If you do not understand the reason your removal is proposed, please contact me for further explanation.

_____          _____
Deputy Chief Barry S. Beam                Date
Acting Commander, Services Division

Enclosures: A copy of the material relied on in proposing your removal.

5



# United States Department of the Interior

NATIONAL PARK SERVICE
**UNITED STATES PARK POLICE**

Headquarters
1100 Ohio Drive, SW
Washington, D.C. 20024

IN REPLY REFER TO:

Sent Federal Express, Overnight Delivery, Tracking No.8435-1190-3959,
Certified Mail, Return Receipt Requested, Article No. 7001-1140-0001-4925-7565, and
Regular Mail

Memorandum                                          <u>Agency Copy</u>

To:        Recruit Michael L. Turner, United States Park Police

From:      Benjamin J. Holmes, Jr., Acting Chief, United States Park Police

Subject:   Removal Decision

In a letter dated November 17, 2003, it was proposed to remove you from the Force and
from Federal Service based on the reasons and specifications therein.

I have carefully considered the proposal, all of the material that formed the basis of the
proposal, the mitigating and aggravating circumstances, your Oral Response of December
23, 2003, the documents you submitted at the oral response, your written reply of
December 5, 2003, and a follow-up letter of January 7, 2004. Morris E. Fischer, Esq., of
the Law Offices of Snider and Fischer, LLC, represented you at your oral response and
submitted the written reply on your behalf.

<u>Charges and Findings:</u>

My decision regarding the charges stated in the Proposed Removal letter of November
17, 2003, letter is as follows:

<u>Charge 1:</u>     <u>Failure to Complete Basic Police Training:</u>          Sustained

                <u>Specification One:</u>                         Sustained

$$(PLT \; Ex \; 6)$$

1

<u>Charge 1, Failure to Complete Basic Police Training, Specification One is Sustained.</u> On
October 7, 2001, you were appointed to the Force. The Force sends all recruits to basic
police training at the Federal Law Enforcement Training Center (FLETC). FLETC is
operated by the Department of Homeland Security. On July 28, 2003, you entered the
United States Park Police Integrated Recruit Training Program, Class Number 304 (USPP
I-304), at FLETC. Successful completion of the training program was a condition of
employment as an Officer with the United States Park Police. In regard to this
requirement, on July 25, 2003, you received a letter from me, stating that your successful
completion of training at FLETC was essential to your development as a police officer
with the Force. By notice dated November 13, 2003, from Mr. Bradley W. Smith, Deputy
Assistant Director, Office of Training Management, FLETC, you were informed that you
were removed from USPP I-304 and were dismissed from training at FLETC. Your
dismissal at FLETC was based on an investigation conducted by FLETC staff regarding
your conduct on November 8, 2003. FLETC concluded that you committed an act of
violence (assault) against a fellow classmate, Sean D'Augostine. Based on the findings of
the FLETC investigation, you were removed from the basic police training class and
dismissed from training at FLETC. You failed to successfully complete the required basic
police training at FLETC.

My decision is not based on the underlying factual findings of FLETC regarding the
incident of November 8, 2003. FLETC is a separate Federal agency and your dispute of
the underlying facts is a separate matter between you and FLETC. Rather, my decision is
based on the fact that FLETC removed you from basic police training class USPP I-304
and dismissed you from training at FLETC. As a result of your removal and dismissal
from FLETC, you were unable to complete FLETC basic police training, which is a
required prerequisite for anyone to work in the position of a United States Park Police
Officer.

In making my decision, I have considered the November 13, 2003, letter from Bradley
W. Smith, Deputy Assistant Director, Office of Training Management at FLETC in
which you were informed of the decision to remove you from the training class.

I have also considered a letter from your attorney submitted to the Chief, United States
Park Police, dated December 5, 2003, in which you requested that we consider a letter
you sent to FLETC on the same date. You also requested specific documents, witness
statements and pictures relied on by FLETC in their investigation of misconduct. In
response, I note that we did not charge you with the underlying facts regarding the
altercation at FLETC and these documents must be separately requested from FLETC.
We attached a copy of all the documents we relied on for the Proposed Removal.

At your oral response, your attorney provided me a letter to Mr. Kenneth Keene, Deputy
Director of FLETC, dated January 6, 2004, in which you asked for reconsideration of
FLETC's decision to remove you from the training class. Also, at your oral response, on
December 23, 2003, you asserted that the FLETC investigation was ongoing. You
submitted a letter dated December 2, 2004, from FLETC attorney advisor Trisha L.

Besselman in support of this position. In response, I note that you have not submitted any documentation from FLETC with a final appeal decision. As you have provided no additional information regarding the status of your appeal, I am relying on the November 13, 2003, letter from Bradley W. Smith which is a decision to remove you from the FLETC training class.

At your oral response to the Proposed Removal, you also asserted that you had completed all coursework at FLETC and that the graduation ceremony was not necessary to your ability to work as a police officer. At the oral response, I asked you to submit documentation regarding your assertion that you had completed all course work. In response, your attorney sent me a letter dated January 7, 2004. This letter merely referred to another letter, dated January 6, 2004, from your attorney to Mr. Kenneth Keene, Deputy Director of FLETC. In this latter letter, your attorney asked for an explanation as to why a notation showing "unsatisfactory" was on the FLETC transcript. Again, you failed to submit a copy of any response by FLETC to this letter. As you provided no additional information, I am relying on the November 13, 2003, letter from Bradley W. Smith which is a decision to remove you from the FLETC training class.

At your oral response to the Proposed Removal, you next asserted that FLETC was contradicting itself regarding the issue of whether an investigation was ongoing. In this regard, you refer to the letter from Mr. Smith and another letter from FLETC dated December 2, 2003. However, you have failed to produce any documents from FLETC indicating the final status of your appeal of your removal from FLETC training. As such, I am relying on the November 13, 2003, letter from Bradley W. Smith which is a decision to remove you from the FLETC training class.

Finally, at the oral response to the Proposed Removal, you presented a 1977 case from the United States Court of Appeals for the Seventh Circuit (Charles H. Young v. Robert E. Hampton, et al.). You argued this case requires that the Force to prove that your removal would promote the efficiency of the service. This is the correct standard; however, it is the Force's contention that your removal will promote the efficiency of the service. Upon graduation, a recruit gets a certification from FLETC that they have successfully completed basic police training. You do not have this certification. Instead, you were dismissed from class and removed from FLETC. Thus you have failed to meet a basic requirement needed to work as a police officer. The Force has been sending recruits to FLETC for training since 1975. Prior to this, the Force sent recruits to the Consolidated Federal Training Center beginning in 1971. Since the initiation of these basic police training classes, the Force has never retained a recruit to work as a police officer if they failed to complete basic police training at FLETC. Thus, your removal promotes the efficiency of the service. Citing Young v. Hampton, your attorney also asserted that removing you due to concern over possible embarrassment by the Force is not a sufficient ground to remove you from the Force. In response, you are being removed due to failure to obtain the necessary certification that you successfully completed basic police training at FLETC. Without this certification, you cannot work as a police officer and this is the reason you are being removed. In selecting an appropriate penalty, the Force has considered the fact that your dismissal from class and removal

3

from the FLETC basic police training class has been embarrassing to the Force.

Based on a review of all the evidence, I find that Charge 1, Specification One is sustained.

## Penalty Analysis

In deciding to remove you from your position with the Force and the Federal Service, I considered the factors listed below.

### Nature and Seriousness of the Offense and Effect of the Offense Upon Your Ability to Perform at a Satisfactory Level

I have considered the seriousness of the offense, and its relation to your duties, position and responsibilities. I have also considered the effect your failure to complete basic police training at FLETC has on your ability to perform at a satisfactory level in your position. I find that due to your failure to successfully complete basic police training at FLETC, you can not perform the duties and responsibilities of a police officer.

### Length of Service and Prior Discipline

I have favorably considered the length of your career with the Force (hired on October 7, 2001). I have also favorably considered the fact that you have had no prior discipline. Although I considered and weighed the evidence you presented and the above mentioned factors, I find that your failure to meet the basic qualification to become a police officer outweighs these other considerations.

### Consistency of the Penalty with Those Imposed on Other Employees for the Same or Similar Offense

As noted above, the Force has never retained a recruit to work as a police officer if they failed to complete basic police training at FLETC. Thus, I find your removal is consistent with our past practice regarding the retention of police officers who fail to complete basic police training at FLETC.

### Clarity with Which the Employee was on Notice of Rules Violated

As previously noted, on July 25, 2003, you received a letter from me stating that your successful completion of training at FLETC was essential to your development as a police officer with the Force. Thus, you were on notice of the requirement that you complete basic police training at FLETC.

4

Other Mitigating Circumstances

I have also considered your assertion that Recruit Sean D'Augostine provoked the altercation you had on November 8, 2003. FLETC investigated this incident and dismissed you from your basic police training class. As FLETC is a separate Federal agency, the Force has no control over their decision to dismiss you from training. Your dispute regarding the altercation must be separately raised with FLETC.


Conclusion

Based on all of the evidence in this matter, including the arguments made by your representative, I have determined that your failure to complete basic police training at FLETC has impaired the efficiency of the Force and the Federal Service and warrants your removal.

It is my decision to remove you from the U.S. Park Police and from Federal Service effective Saturday, March 13, 2004.


Employee Rights and Procedures

If you believe that this action is improper, you have the right to file an appeal to the Merit Systems Protection Board (MSPB) or to file an appeal under the negotiated grievance procedure, as described in the Article entitled "Arbitration," in the Labor Management Agreement between the National Capital Region, National Park Service, United States Department of the Interior, and the Fraternal Order of Police, United States Park Police Labor Committee, dated 1999.

One or the other of these methods of appeal may be used but not both; and, once made, the decision is irrevocable.

An MSPB appeal should be addressed to:

> Chief Administrative Judge
> Merit Systems Protection Board
> Washington D.C. Regional Office
> 1800 Diagonal Road, Suite 205
> Alexandria, VA 22314-2840

The above office of the MSPB must receive your appeal no later than thirty (30) calendar days after the effective date of this action or 30 days after the date of receipt of this decision, whichever is later. Should you allege that this action was based in whole or in part on your marital status or political affiliation, you can also appeal on these grounds to the MSPB.

5

If you do not submit an appeal within the time set by statute, regulation, or order of the judge, your appeal will be dismissed as untimely filed unless a good reason for the delay is shown. The judge will provide you an opportunity to show why the appeal should not be dismissed as untimely.

A copy of the MSPB regulations (5 C.F.R., Part 1201), the MSPB Appeal Form and a question and answer pamphlet are attached. All of these documents, including the MSPB Appeal Form, can be downloaded electronically on the MSPB website at www.mspb.gov. This action (the decision to remove you) is not subject to review under the Department of the Interior Grievance Procedures (370 DM 771). You may use the attached MSPB Appeal Form to file an appeal, although it is not required that you file your appeal using the form. However, since completion of the form would constitute compliance with the requirements of Section 1201.24 (a), you are encouraged to use the form.

If, instead, you choose to proceed to Arbitration, then you must do so within thirty (30) days after the effective date of this decision. Pursuant to the agreement between the Fraternal Order of Police and the Force, only the Union may invoke arbitration; therefore, please contact the union if you wish to pursue arbitration.

The Standard Form-50, affecting your removal will be forwarded as soon as possible.

Benjamin J. Holmes, Jr.                     3/5/04
Acting Chief, United States Park Police      Date

Enclosures

6

# SCHEDULE

## USPPI-201

## OCTOBER 16, 2001 - MARCH 11, 2002






# UNITED STATES PARK POLICE

## AND

# POLICE TRAINING

FEDERAL LAW ENFORCEMENT TRAINING CENTER
GLYNCO, GEORGIA

(PLT. Ex 7)

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA - 2446
TRAINING TECHNICIAN: PAULETTE BAKER ›3123
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 1

| HOURS | MON (1) | TUE 10/16 (1) | WED 10/17 (2) | THU 10/18 (3) | FRI 10/19 (4) |
|-------|---------|---------------|----------------|----------------|----------------|
| 7:30 | | | U.S. PARK POLICE ACADEMY ORIENTATION | USPP SPECIALIZED COMMUNITY ORIENTED POLICING | 3120 COMPUTER SKILLS ASSESSMENT |
| 8:30 | | | | | BLDG: 212 ROOM: 119 |
| 8:30 | | | | | |
| 9:30 | | | | | FFI |
| 9:30 | | | | | USPP COMPUTER LAB TRAINING |
| 10:30 | | | | | (517B USPP RAID HOUSE) |
| 10:30 | | | | | |
| 11:30 | | | USPP | USPP | USPP |
| 11:30 - 12:30 LUNCH | | | | | |
| 12:30 | STUDENT CHECK-IN ACTIVITIES | | U.S. PARK POLICE ACADEMY ORIENTATION (CONT'D) | C.A.P.R.A. | INCIDENT REPORTING PROCEDURES (LECTURE) |
| 1:30 | USPP | | | | 8LD 2052-C-4 |
| 1:30 | HEALTH SCREENING AND UNIFORM MEASURE (MAIN CLASSROOM) | | | | |
| 2:30 | | | | | USPP 8100 INTRODUCTION TO PHYSICAL TECHNIQUES |
| 2:30 | FLETC ORIENTATION | | | | |
| 3:30 | | | | | |
| 3:30 | | | USPP | USPP | |
| 4:30 | TMD | | | | |
| AFTER 4:30 | 4:30 UNIFORM ISSUE BUILDING 28 | | USPP | USPP | PTD |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201    AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 2

| HOURS | MON 10/22 (5) | TUE 10/23 (6) | WED 10/24 (7) | THU 10/25 (8) | FRI 10/26 (9) |
|---|---|---|---|---|---|
| 7:30 | 6001/6097 FIREARMS SAFETY RULES AND REGULATIONS INTRO TO H & K P7  994-6-1 | 8450 PREVENTING DISEASE TRANSMISSION  PTD | 6097 H & K P7 LECTURE | 8400/8006 NLCT/PC (1) | 6000 THEORY AND TECHNIQUES OF SURVIVAL SHOOTING (1) |
| 8:30 | | 8430 PEB SCORE INTERPRETATION  PTD | | | |
| 9:30 | FAD | | FAD | PTD | FAD |
| 9:30 | 8430 PHYSICAL EFFICIENCY BATTERY (PEB) PRETEST | 1080 CONSTITUTIONAL LAW (1) | 8003 CPR (1) | 5082 REPORT WRITING (2) | 8003 CPR (2) |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | PTD | LGD | PTD | EOD | PTD |
| 11:30 - 12:30 | LUNCH | | | | |
| 12:30 | 4159 ETHICAL BEHAVIOR AND CORE VALUES (1) | 4159 ETHICAL BEHAVIOR AND CORE VALUES (2) | 5082 REPORT WRITING (1) | 1023 OFFICER LIABILITY | 1090 CRIMINAL LAW |
| 1:30 | | | | | |
| 1:30 | BSD | BSD | EOD | | LGD |
| 2:30 | 5046 USE OF FORCE | | 1080 CONSTITUTIONAL LAW (2) | | 4006 AUTHORITY |
| 2:30 | | | | | |
| 3:30 | | | | LGD | |
| 3:30 | EOD | | LGD | 5010 UNIFIED TRAINING PRINCIPLES | BSD |
| AFTER | 3123 COMPUTER SKILLS REMEDIATION  BLDG: 212  ROOM: 120  FFI | | | EOD | |
| 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201     AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 3

| HOURS (10) | MON 10/29 | TUE 10/30 (11) | WED 10/31 (12) | THU 11/1 (13) | FRI 11/2 (14) |
|---|---|---|---|---|---|
| 7:30 | 8400/8006 NLCT/PC (2) | 6000 THEORY AND TECHNIQUES OF SURVIVAL SHOOTING (2) | 8400/8006 NLCT/PC (4) | 6000 THEORY AND TECHNIQUES OF SURVIVAL SHOOTING (3) | 8400/8006 NLCT/PC (6) |
| 8:30 | | | | | |
| 8:30 | PTD | FAD | | FAD | |
| 9:30 | 8003 CPR (3) | 8400/8006 NLCT/PC (3) | PTD | 8400/8006 NLCT/PC (5) | PTD |
| 9:30 | | | 8003 CPR (4) P.E. | | 1151 FEDERAL LAW, U.S. CODE AND CFR (1) |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | PTD | PTD | PTD | PTD | LGD |
| 11:30 – 12:30 | LUNCH | | | | |
| 12:30 | 5085 RADIO COMMUNICATIONS LECTURE | 7000/7015 DRIVER TRAINING ORIENTATION NON-EMERGENCY VEHICLE OPERATION (NEVO) LECTURE BLDG: 210 ROOM: F-2 DMD | 7025 SKID CONTROL (SC) 7005 EMERGENCY REPONSE DRIVING (ERD) LECTURE (NOTE: STUDENTS MUST BRING A VALID DRIVER'S LICENSE) BLDG: 210 ROOM: F-2 DMD | 7005 GROUP A ERD — 7015 GROUP B NEVO | USPP ADMINISTRATIVE TIME |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | EOD | | | DMD — DMD | USPP |
| 2:30 | 5085 RADIO COMMUNICATIONS LAB | 5013 CONTEMPORARY VIOLENT GROUPS | | 7025 GROUP B SC | USPP ADMINISTRATIVE TIME |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 AFTER | EOD | EOD | DMD | DMD | USPP |
| 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 4

| HOURS | MON 11/5 (15) | TUE 11/6 (16) | WED 11/7 (17) | THU 11/8 (18) | FRI 11/9 (19) |
|---|---|---|---|---|---|
| 7:30 | 8400/8006 NLCT/PC (7) | 6088 SURVIVAL SHOOTING APPLICATION LAB (1) | 4036 COMMUNICATIONS/ INTERVIEWING | 4036 COMMUNICATIONS/ INTERVIEWING | 6088 SURVIVAL SHOOTING APPLICATION LAB (2) |
| 8:30 | | | | | |
| 8:30 | | | | | |
| 9:30 | PTD | FAD | | | FAD 8400/8006 NLCT/PC (9) |
| 9:30 | 1151 FEDERAL LAW, U.S. CODE AND CFR (2) | 4036 COMMUNICATIONS/ INTERVIEWING | | | |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | LGD | BSD | BSD | BSD | PTD |
| 11:30 - 12:30 | LUNCH | | | | |
| 12:30 | 7015 GROUP A / NEVO   7005 GROUP B / ERD | 7005 GROUP A / ERD   7015 GROUP B / NEVO | 7015 GROUP A / NEVO   7005 GROUP B / ERD | 8400/8006 NLCT/PC (8) | FLETC EXAM I |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | DMD   7025 GROUP A / SC | DMD   7025 GROUP B / SC | DMD   7025 GROUP A / SC | PTD   8520 RESPONDING TO EMERGENCIES (1) | TMD REVIEW AND ADMINISTRATIVE TIME |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | DMD | DMD | DMD | PTD | USPP/TMD |
| AFTER 4:30 | DMD | DMD | DMD | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 5

| HOURS | MON 11/12 | TUE 11/13 (20) | WED 11/14 (21) | THU 11/15 (22) | FRI 11/16 (23) |
|---|---|---|---|---|---|
| 7:30 | HOLIDAY | USPP 1001 FORCE JURISDICTION & AUTHORITY | GROUP A/B FORCE COMM LAB #2 / GROUP C/D CLASSROOM | GROUP A USPP 1004 IRP LAB / GROUP B CBT BLDG: 262 ROOM: T-1 | GROUP C USPP 1004 IRP LAB #2 / GROUP A/D IPT USPP |
| 8:30 | HOLIDAY | | | GROUP C/D IPT USPP | GROUP B REPORT WRITING |
| 8:30 | | USPP | USPP | | USPP |
| 9:30 | HOLIDAY | USPP 1002 ARREST PROCEDURES | GROUP A/B CLASSROOM / GROUP C/D FORCE COMM LAB #2 | GROUP B IPT USPP | GROUP A/D CBT BLDG: ROOM: |
| 10:30 | | | | GROUP C/D 6088 SURVIVAL SHOOTING (3) FAD | GROUP B REPORT WRITING |
| 10:30 | | | | | |
| 11:30 | | USPP | USPP | USPP | USPP |
| 11:30 – 12:30 LUNCH | | | | | |
| 12:30 | HOLIDAY | USPP 1003 FORCE COMMUNICATIONS (CLASSROOM) | USPP 1004 INCIDENT REPORTING PROCEDURES (CLASSROOM) | GROUP A REPORT WRITING | GROUP D USPP 1004 IRP LAB #2 / GROUP A/B 6088 SURVIVAL SHOOTING (3) FAD |
| 1:30 | | | | | GROUP C REPORT WRITING |
| 1:30 | | | | GROUP B USPP 1004 IRP LAB (4 HOURS) | |
| 2:30 | HOLIDAY | USPP | | GROUP C/D CBT ** (4 HOURS) | GROUP A/B CBT BLDG: ROOM: |
| 2:30 | | USPP 1003 RADIO LAB #1 (RADIO COMM LAB) | | | |
| 3:30 | HOLIDAY | | | BLDG: 262 ROOM: T-1 | GROUP C REPORT WRITING |
| 3:30 | | | | | |
| 4:30 | | USPP | USPP | USPP | USPP |
| AFTER 4:30 | | | | | |

## FEDERAL LAW ENFORCEMENT TRAINING CENTER
### POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201

AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 6

| HOURS | MON 11/19 (24) | TUE 11/20 (25) | WED 11/21 (26) | THU 11/22 | FRI 11/23 |
|---|---|---|---|---|---|
| 7:30 | USPP EXAM #1 | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (4) | 8400/8006 NLCT/PC (10) | HOLIDAY | TRNG HOLIDAY / TRAINING HOLIDAY |
| 8:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 8:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 9:30 | INCIDENT REPORTING PROCEDURES REVIEW & CRITIQUE | | | HOLIDAY | TRAINING HOLIDAY |
| 9:30 | | 8520 RESPONDING TO EMERGENCIES (2) | 8520 RESPONDING TO EMERGENCIES (3) | HOLIDAY | TRAINING HOLIDAY |
| 10:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 10:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 11:30 | USPP | FAD / PTD | PTD | HOLIDAY | TRAINING HOLIDAY |
| 11:30 – 12:30 LUNCH | | | | | |
| 12:30 | USPP ADMINISTRATIVE TIME | 4139 INTERVIEWING LAB (SPOUT RUN FALL) | 4122 STRESS MANAGEMENT | HOLIDAY | TRAINING HOLIDAY |
| 1:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 1:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 2:30 | USPP | BLDG: 63B ROOM: 308,311,313 | BSD | HOLIDAY | TRAINING HOLIDAY |
| 2:30 | USPP ADMINISTRATIVE TIME | | 4100 CRITICAL INCIDENT STRESS | HOLIDAY | TRAINING HOLIDAY |
| 3:30 | | | | HOLIDAY | TRAINING HOLIDAY |
| 3:30 | | | | HOLIDAY | |
| 4:30 | USPP | BSD | BSD | | |
| AFTER 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 7

| HOURS | MON 11/26 (27) | TUE 11/27 (28) | WED 11/28 (29) | THU 11/29 (30) | FRI 11/30 (31) |
|---|---|---|---|---|---|
| 7:30 | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (5) | 8400/8006 NLCT/PC (12) | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (6) | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (7) | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (8) |
| 8:30 | | | | | |
| 8:30 | | | | | |
| 9:30 | FAD | PTD | FAD | FAD | FAD |
| 9:30 | 8400/8006 NLCT/PC (11) | 1130 FEDERAL COURT PROCEDURES (2) | 8400/8006 NLCT/PC (13) | 8400/8006 NLCT/PC #14 | 8400/8006 NLCT/PC #15 |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | PTD | LGD | PTD | PTD | PTD |
| 11:30 – 12:30 LUNCH | | 11:30 CLASS PHOTO ✱ BLDG: 76; GAME ROOM #1 | | | |
| 12:30 | 2515 OFFICER SAFETY AND SURVIVAL (OSS) LECTURE | 2717 BUILDING SEARCH ASSESSMENT LAB WITH CRITICAL INCIDENT DEBRIEF | 1130 FEDERAL COURT PROCEDURES (3) | 2518 INTRODUCTION TO TACTICS RH 510 A & B, 523 A & B, 525 A & B | 2520 BUILDING ENTRY AND WARRANT SERVICE RH 510 A & B, 523 A & B, 525 A & B |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | SSD | RH 510A, 523A & B | LGD | SSD | SSD |
| 2:30 | 1130 FEDERAL COURT PROCEDURES (1) | | 8520 RESPONDING TO EMERGENCIES (4) P.E. | 2519 BUILDING AND ROOM SEARCHES RH 510 A & B, 523 A & B, 525 A & B | 1130 FEDERAL COURT PROCEDURES (4) |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | LGD | SSD/BSD | PTD | SSD | LGD |
| AFTER 4:30 | | | | | |

## FEDERAL LAW ENFORCEMENT TRAINING CENTER
### POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201

AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 8

| HOURS | MON 12/3 (32) | TUE 12/4 (33) | WED 12/5 (34) | THU 12/6 (35) | FRI 12/7 (36) |
|---|---|---|---|---|---|
| 7:30 | 2755 OSS ASSESSMENT LAB (2) WITH CRITICAL INCIDENT DEBRIEF | 6088 SURVIVAL SHOOTING APPLICATION LAB (9) | 8400/8006 NLCT/PC #17 | 6088 SURVIVAL SHOOTING APPLICATIONS LAB (10) | 4168 CONFLICT MANAGEMENT LAB (517 B USPP RAID HOUSE) |
| 8:30 | | | | | |
| 9:30 | RH 510A, 523 A & B | FAD 8400/8006 NLCT/PC #16 | PTD 4012 DEATH AND DYING | FAD 8008 EDGED WEAPONS | |
| 10:30 | | | | | |
| 11:30 | SSD/BSD | PTD | BSD | PTD | BSD |
| 11:30 – 12:30 | LUNCH | | | | |
| 12:30 | 4040 VICTIM/WITNESS AWARENESS | 4010 CONFLICT MANAGEMENT | USPP ADMINISTRATIVE TIME | 4168 CONFLICT MANAGEMENT LAB (517 B USPP RAID HOUSE) | 8400/8006 NLCT/PC (18) |
| 1:30 | | | | | |
| 2:30 | BSD | | USPP | | |
| 3:30 | 4013 HANDLING ABNORMALS | | USPP ADMINISTRATIVE TIME | | PTD 2189 CROWD CONTROL LECTURE (1) |
| 4:30 | BSD | BSD | USPP | BSD | |
| AFTER 4:30 | BSD | | | | ETD |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201  AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 9

| HOURS | MON 12/10 (37) | TUE 12/11 (38) | WED 12/12 (39) | THU 12/13 (40) | FRI 12/14 (41) |
|---|---|---|---|---|---|
| 7:30 | 8400/8006 NLCT/PC (19) | 6088 SURVIVAL SHOOTING APPLICATIONS QUALIFICATION P. E. | 2189 CROWD CONTROL DRILL (1) | OPERATIONAL PROCEDURES (LECTURE & PBL) | GROUP A / B — USPP FIREARMS QUAL. OUTDOOR RANGE FAD / GROUP C — CBT BLDG: 262 ROOM T-1 (4 HOURS) USPP |
| 8:30 | | | | | |
| 9:30 | CROWD CONTROL LECTURE (2) — PTD | FAD — 8400/8006 NLCT/PC (20) | ETD — 2189 CROWD CONTROL DRILL (2) | | 6292 GROUP A / B COVER DRILL IACD LEVEL I — OUTDOOR RANGE FAD / GROUP D OPERATIONAL PROCEDURES LAB — (4 HOURS) USPP |
| 10:30 | | | | | |
| 11:30 | ETD | PTD | ETD | USPP | |
| 11:30 - 12:30 | LUNCH | | | | |
| 12:30 | 4117 INTERVIEWING P.E. (NOSPMISS) | 4117 INTERVIEWING P.E. (NOSPMISS) | FLETC EXAM II | USPP 1005 OPERATIONAL PROCEDURES (LECTURE & PBL) | GROUP A / B — CBT BLDG: ROOM: / GROUP C OPERATIONAL PROCEDURES LAB — (4 HOURS) |
| 1:30 | | | | | |
| 2:30 | BLDG: 63A ROOM: 301,302,303 | BLDG: 63A ROOM: 301,302,303 | TMD REVIEW AND ADMINISTRATIVE TIME | | USPP / GROUP D OPL REPORT WRITING |
| 3:30 | | | | | |
| 4:30 | BSD | BSD | USPP/TMD | USPP | (4 HOURS) |
| AFTER 4:30 | | | | | USPP / USPP |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 10

| HOURS | MON 12/17 (42) | TUE 12/18 (43) | WED 12/19 (44) | THU 12/20 (45) | FRI 12/21 (46) |
|---|---|---|---|---|---|
| 7:30 | GROUP A | GROUP C OPL REPORT WRITING | USPP EXAM II ✱ | 8400/8006 NLCT/PC (21) | 6013 JSA FOR POLICE |
| 8:30 | PT | USPP 1006 DEFENSIVE EQUIPMENT/ WEAPONS POLICY LECTURE | | | |
| 8:30 | GROUP B OPERATIONAL PROCEDURES LAB | | | | |
| 9:30 | | GROUP D CBT BLDG: 262 ROOM: T-1 | | | |
| 9:30 | GROUP A CBT BLDG: ROOM: | | OPERATIONAL PROCEDURES REVIEW & CRITIQUE | PTD PRISONER TRANSPORT | FAD 2815 HAZMAT AWARENESS |
| 10:30 | | | | USPP | |
| 10:30 | GROUP B OPERATIONAL PROCEDURES LAB | | | 2752 WEAPONS OF MASS DESTRUCTION SSD | |
| 11:30 | USPP | USPP | USPP | SSD | SSD |
| 11:30 - 12:30 | LUNCH | | | | |
| 12:30 | GROUP A OPERATIONAL PROCEDURES LAB | OPERATIONAL PROCEDURES COURT PREPARATION | USPP ADMINISTRATIVE TIME | 2752 WEAPONS OF MASS DESTRUCTION | 2815 HAZMAT AWARENESS LAB |
| 1:30 | GROUP C/D USPP FIREARMS QUAL OUTDOOR RANGE FAD (4 HOURS) | | | | |
| 1:30 | | | | | |
| 2:30 | | USPP | USPP | SSD | SSD |
| 2:30 | GROUP B IPL REPORT WRITING (4 HOUR) | OPERATIONAL PROCEDURES COURT APPEARANCE | USPP ADMINISTRATIVE TIME | 1121 COURTROOM EVIDENCE (1) | 8430 PHYSICAL EFFICIENCY BATTERY MID TERM |
| 3:30 | GROUP C/D 6292 COVER DRILL IACD LEVEL I | | | | |
| 3:30 | | | | | |
| 4:30 | OUTDOOR RANGE FAD USPP | USPP | USPP | LGD | PTD |
| AFTER 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201     AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 11

| HOURS | MON 12/24 TRNG HOLIDAY | TUE 12/25 | WED 12/26 TRNG HOLIDAY | THU 12/27 (47) | FRI 12/28 (48) |
|---|---|---|---|---|---|
| 7:30 | TRAINING HOLIDAY | HOLIDAY | TRAINING HOLIDAY | | 6294 LIVE FIRE COVER COURSE |
| 8:30 | | | | 6013 GROUP A USA P.E. FAD / 6303 GROUP B REV. FAM. FAD | |
| 8:30 | | | | | |
| 9:30 | | | | 6303 GROUP A REV. FAM. FAD / 6013 GROUP B USA P.E. FAD | FAD |
| 9:30 | TRAINING HOLIDAY | HOLIDAY | TRAINING HOLIDAY | | 8007 BATON CONTROL TECHNIQUES (1) |
| 10:30 | | | | 8400/8006 NLCT / PC (22) | |
| 10:30 | | | | | |
| 11:30 | | | | | |
| 11:30 – 12:30 LUNCH | | | | PTD | PTD |
| 12:30 | TRAINING HOLIDAY | HOLIDAY | TRAINING HOLIDAY | 1121 COURTROOM EVIDENCE (2) | 1121 COURTROOM EVIDENCE (3) |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | | | | | |
| 2:30 | TRAINING HOLIDAY | HOLIDAY | TRAINING HOLIDAY | LGD 8005 OFFICER SURVIVAL AFLOAT (1) | LGD 8005 OFFICER SURVIVAL AFLOAT (2) |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | | | | PTD | PTD |
| AFTER 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201  AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 12

| HOURS | MON 12/31 (49) | TUE 1/1 (HOLIDAY) | WED 1/2 (50) | THU 1/3 (51) | FRI 1/4 (52) |
|---|---|---|---|---|---|
| 7:30 | 6063 GROUP A REDUCED LIGHT | HOLIDAY | 6054 GROUP A SITUATION RESPONSE | 6035 ADVANCED REDUCED LIGHT | 1220 SELF INCRIMINATION (1) |
| 8:30 | 6054 GROUP B SITUATION RESPONSE | | 6063 GROUP B REDUCED LIGHT | | |
| 9:30 | FAD | | FAD | FAD | LGD |
| 9:30 | 8400/8006 NLCT/PC (23) | | 8007 BATON CONTROL TECHNIQUES (2) | 8400/8006 NLCT/PC (24) | 8007 BATON CONTROL TECHNIQUES (3) |
| 10:30 | | | | | |
| 11:30 | PTD | | SSD | PTD | PTD |
| 11:30 – 12:30 LUNCH | | | | | |
| 12:30 | 2187 USE OF AEROSOL IRRITANTS | HOLIDAY | 7035 PURSUIT LECTURE  BLDG: 210  ROOM: F-2 | 7035 GROUP A PURSUIT DRIVING LAB | 7035 GROUP A PURSUIT DRIVING LAB |
| 1:30 | | | | 7055 GROUP B RISK/HIGH RISK VEHICLE STOPS LAB | 7055 GROUP B RISK/HIGH RISK VEHICLE STOPS LAB |
| 1:30 | | | DMD | DMD | DMD |
| 2:30 | GAS RANGE AND MATROOM | | 7055 RISK/HIGH RISK VEHICLE STOP LECTURE  BLDG: 210  ROOM: F-2 | 7055 GROUP A RISK/HIGH RISK VEHICLE STOPS LAB | 7035 GROUP B PURSUIT DRIVING LAB |
| 3:30 | | | | 7035 GROUP B PURSUIT DRIVING LAB | 7055 GROUP A RISK/HIGH RISK VEHICLE STOPS LAB |
| 3:30 | ETD/PTD | | DMD | DMD | DMD |
| 4:30 AFTER | | | | | |
| 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201    AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 13

| HOURS | MON 1/7 (53) | TUE 1/8 (54) | WED 1/9 (55) | THU 1/10 (56) | FRI 1/11 (57) |
|---|---|---|---|---|---|
| 7:30 | 6105 IDENTIFICATION AND SAFE HANDLING OF FIREARMS | 6006 BASIC SHOTGUN LECTURE | 8400/8006 NLCT/PC (26) | 8400/8006 NLCT/PC (27) | 6006 BASIC SHOTGUN LAB |
| 8:30 | | | | | |
| 9:30 | FAD — 8400/8006 NLCT/PC (25) | FAD — 8007 BATON CONTROL TECHNIQUES (4) | PTD — 1220 SELF INCRIMINATION (2) | PTD — 1220 SELF INCRIMINATION (3) | FAD — 2065 DRUGS OF ABUSE (2) |
| 10:30 | | | | | |
| 11:30 | PTD | PTD | LGD | LGD | ETD |
| 11:30 – 12:30 | **LUNCH** | | | | |
| 12:30 | 7035 GROUP A PURSUIT DRIVING LAB / DMD ; 7055 GROUP B RISK/HIGH RISK VEHICLE STOPS LAB / DMD | USPP ADMINISTRATIVE TIME / USPP | 7035 GROUP A PURSUIT DRIVING LAB / DMD ; 7055 GROUP B RISK/HIGH RISK VEHICLE STOPS LAB / DMD | 2065 DRUGS OF ABUSE (1) / ETD | 2008 ROLLED FINGERPRINTS / ETD |
| 1:30 | | | | | |
| 2:30 | 7055 GROUP A RISK/HIGH RISK VEHICLE STOPS LAB / DMD ; 7035 GROUP B PURSUIT DRIVING LAB / DMD | USPP ADMINISTRATIVE TIME / USPP | 7055 GROUP A RISK/HIGH RISK VEHICLE STOPS LAB / DMD ; 7035 GROUP B PURSUIT DRIVING LAB / DMD | 2007 FINGERPRINT LECTURE / ETD | 2070 DRUGS OF ABUSE LAB / ETD — BLDG: 262 ROOM: P-3 |
| 3:30 | | | | | |
| 4:30 AFTER 4:30 | DMD | USPP | DMD | ETD | ETD |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST:  WALT SHERBA
TRAINING TECHNICIAN:  PAULETTE BAKER
EDUCATIONAL AIDE:  RUTH BRYANT

CLASS NO: USPPI-201  AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 14

| HOURS | MON 1/14 (58) | TUE 1/15 (59) | WED 1/16 (60) | THU 1/17 (61) | FRI 1/18 (62) |
|---|---|---|---|---|---|
| 7:30 | 5151 VEHICLE SEARCH | 8400/8006 NLCT/PC (28) | USPP 1007 PATROL PROCEDURES (LECTURE & PBL) | OFF / DUTY | OFF / DUTY |
| 8:30 | | | | | |
| 8:30 | EOD | PTD | | | |
| 9:30 | | | | | |
| 9:30 | 2071 DRUGS OF ABUSE LAB SEQUENTIAL TESTING | FLETC EXAM III | | OFF / DUTY | OFF / DUTY |
| 10:30 | | | | | |
| 10:30 | BLDG: 262 ROOM: P-16 | | | | |
| 11:30 | ETD | TMD | USPP | | |
| 11:30 – 12:30  LUNCH | | | | | |
| 12:30 | 2746 VEHICLE SEARCH LAB | REVIEW AND ADMINISTRATIVE TIME | USPP 1007 PATROL PROCEDURES (LECTURE & PBL) | OFF / DUTY | OFF / DUTY |
| 1:30 | | | | | |
| 1:30 | SSD/EOD | USPP/TMD | | | |
| 2:30 | | PATROL WAGON LECTURE | | | |
| 2:30 | 2011 PHOTOGRAPHY (OBTAIN CAMERA FROM BLDG: 262, M-5 PRIOR TO CLASS) | | | 1500 HOURS USPP 1008 FIELD REPORTS & VIOLATION NOTICE | 1500 HOURS USPP 1009 NARCOTIC / EVIDENCE PROCESSING |
| 3:30 | | | | | |
| 3:30 | ETD | USPP | USPP | 1800-0000 HOURS GROUP A & B USPP TRAFFIC STOP LAB | 1800-0000 HOURS GROUP C & D USPP TRAFFIC STOP LAB |
| 4:30 | | | | | |
| AFTER 4:30 | | | | 1800-0000 HOURS (C & D) 7045 NIGHT PURSUIT DMD | 1800-0000 HOURS (C & D) 7045 NIGHT PURSUIT DMD |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201          AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 15

| HOURS | MON 1/21 HOLIDAY | TUE 1/22 (63) | WED 1/23 (64) | THU 1/24 (65) | FRI 1/25 (66) | FRI 1/25 (66) |
|---|---|---|---|---|---|---|
| 7:30 | HOLIDAY | USPP 1010 PERSONNEL POLICIES | USPP EXAM III | 8400/6006 NLCT / PC (29) | GROUP A USPP PATROL WAGON TRAINING | GROUP B 2188 LARCENCY FROM MOTOR VEHICLE LAB |
| 8:30 | | | | | | |
| 8:30 | | | | | | |
| 9:30 | | | USPP | PTD | (VAN COURSE) | ETD |
| 9:30 | HOLIDAY | 6027 ADVANCED SHOTGUN | PATROL PROCEDURES REVIEW AND CRITIQUE | 1211 FOURTH AMENDMENT (1) | GROUP B 2107 CRIME SCENE PRESERVA-TION LAB (ETD RH) | |
| 10:30 | | | | | | |
| 10:30 | | | | | | |
| 11:30 | | FAD | USPP | LGD | ETD | |
| 11:30 - 12:30 LUNCH | | | | | | |
| 12:30 | HOLIDAY | USPP 1009 NARCOTICS / EVIDENCE LAB | USPP ADMINISTRATIVE TIME | 2188 LARCENCY FROM MOTOR VEHICLE | GROUP A USPP PATROL WAGON TRAINING | GROUP A 2188 LARCENCY FROM MOTOR VEHICLE LAB |
| 1:30 | | | | | | |
| 1:30 | | | | | | |
| 2:30 | | | USPP | ETD | | ETD |
| 2:30 | HOLIDAY | | USPP ADMINISTRATIVE TIME | 2107 CRIME SCENE PRESERVATION | (VAN COURSE) | GROUP A 2107 CRIME SCENE PRESERVA-TION LAB (ETD RH) |
| 3:30 | | | | | | |
| 3:30 | | | | | | |
| 4:30 | | USPP | USPP | ETD | | ETD |
| AFTER 4:30 | | | | 1630-1730 BSD FIELD LAB BRIEF BSD | USPPP/DMD | USPP/DMD |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 16

CLASS NO: USPPI-201          AGENCY: USPP

| HOURS | MON 1/28 (67) | TUE 1/29 (68) | WED 1/30 (69) | THU 1/31 (70) | FRI 2/1 (71) |
|---|---|---|---|---|---|
| 7:30 | 6058 GROUP A HG/SG STRESS | 6060 GROUP B COMBAT SKEET | 6060 GROUP B COMBAT SKEET / 6058 GROUP A HG/SG STRESS | 8400/8006 NLCT/PC (33) | 8400/8006 NLCT/PC (34) |
| 8:30 | | | | | |
| 8:30 | FAD | FAD | FAD / FAD | | |
| 9:30 | 8400/8006 NLCT/PC (30) | 8400/8006 NLCT/PC (31) | 8400/8006 NLCT/PC (32) | PTD | PTD |
| 9:30 | | 1211 FOURTH AMENDMENT (3) | | | |
| 10:30 | PTD | | PTD | 1211 FOURTH AMENDMENT (5) | 1211 FOURTH AMENDMENT (7) |
| 10:30 | | | | | |
| 11:30 | PTD | LGD | | LGD | LGD |
| 11:30 - 12:30 LUNCH | | | | | |
| 12:30 | 1211 FOURTH AMENDMENT (2) | 1211 FOURTH AMENDMENT (4) | 2160 ARCHEOLOGICAL RESOURCE PROTECTION | 1211 FOURTH AMENDMENT (6) | 1211 FOURTH AMENDMENT (8) |
| 1:30 | | | | | |
| 1:30 | LGD | LGD | ETD | LGD | LGD |
| 2:30 | 2011 PHOTOGRAPHY CRITIQUE LAB | 2552 PATROL PROCEDURES | 2210 SEX CRIME INVESTIGATION LECTURE | 6163 SAFE HANDLING OF FIREARMS FOR HOME AND DUTY | 2517 PATROL PROCEDURES LAB BRIEFING |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | ETD | SSD | ETD | FAD | SSD/EOD/FAD/DMD |
| AFTER 4:30 | 1745-2015 GROUP A 4015 BSD FIELD LAB BSD | 1745-2015 GROUP B 4015 BSD FIELD LAB BSD | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201   AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 17

| HOURS | MON 2/4 (72) | TUE 2/5 (73) | WED 2/6 (74) | THU 2/7 (75) | FRI 2/8 (76) |
|---|---|---|---|---|---|
| 7:30 | 8400/8006 NLCT/PC (35) | 6153 BASIC SHOTGUN FOR CI (TRANSITION DRILLS) | 8400/8006 NLCT/PC (37) | 6256 TACTICAL SHOTGUN | GROUP A 6308 USPP TRAFFIC STOPS LAB/ NLTA ROUND ROBIN / GROUP B 8400/8006 NLCT/PC (38) |
| 8:30 | | | | | |
| 8:30 | | | | | |
| 9:30 | PTD | FAD | PTD | FAD | PTD |
| 9:30 | 1211 FOURTH AMENDMENT (9) | 8400/8006 NLCT/PC (36) | 2509 BOMBS AND EXPLOSIVES (1) | FLETC EXAM IV ✱ | IACD LEVEL II (SKEET 3) / GROUP B 2509 BOMB LAB |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | LGD | PTD | SSD | TMD | FAD / SSD |
| 11:30 – 12:30 LUNCH | | | | | |
| 12:30 | 1211 FOURTH AMENDMENT (10) | 1211 FOURTH AMENDMENT (11) | USPP ADMINISTRATIVE TIME | 2509 BOMBS AND EXPLOSIVES (2) | GROUP A 2509 BOMB LAB / GROUP B 6308 USPP TRAFFIC STOPS LAB/ NLTA ROUND ROBIN |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | LGD | LGD | USPP | SSD | SSD |
| 2:30 | 2081 DEATH INVESTIGATION | 1211 FOURTH AMENDMENT (12) | USPP ADMINISTRATIVE TIME | 2714 BOOBY TRAP LAB | GROUP A 8400/8006 NLCT/PC (38) / IACD LEVEL II (SKEET 3) |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | LGD | LGD | USPP | SSD | PTD / FAD |
| AFTER | ETD 5453945 2708 PATROL PROCEDURES LAB | | | | |
| 4:30 | SSD | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201  AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 18

| HOURS | MON 2/11 (77) | TUE 2/12 (78) | WED 2/13 (79) | THU 2/14 (80) | FRI 2/15 (81) |
|---|---|---|---|---|---|
| 7:30 | 6255/6097 TACTICAL MOVING AND SHOOTING DRILLS | 8400/8006 NLCT/PC (40) | 7024/7026/7029/7031 TRAFFIC ACCIDENT INVESTIGATIONS | 2637 TERRORIST STRATEGIES AND TACTICS | 6027/6088 WEAPON REFAMILIARIZATION PPC AND SHOTGUN |
| 8:30 | | | | | |
| 8:30 | | | | | LEAD AMMO OUTDOOR RANGE |
| 9:30 | FAD | PTD | BLDG: 210 ROOM: F-3 | SSD | |
| 9:30 | 8400/8006 NLCT/PC (39) | 2503 FIRST RESPONSE | | 2501 PERSONAL PROTECTION | |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | PTD | SSD | DMD | SSD | FAD |
| 11:30 – 12:30 LUNCH | | | | | |
| 12:30 | 7023/7024/7028 TRAFFIC ACCIDENT INVESTIGATIONS | 7020/7021/7022/7027/7028 TRAFFIC ACCIDENT INVESTIGATIONS | 1910 COURT TESTIMONY LECTURE | 7030 TRAFFIC ACCIDENT INVESTIGATION | 7025/7031 TRAFFIC ACCIDENT INVESTIGATIONS |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | BLDG: 210 ROOM: F-1 | BLDG: 210 ROOM: F-1 | LGD | BLDG: 210 ROOM: F-1 | BLDG: 210 ROOM: F-1 |
| 2:30 | | | 8431 PHYSICAL EFFICENCY BATTERY POST-TEST | | |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | DMD | DMD | PTD | DMD | DMD |
| AFTER | | | 5:45-9:45      2507 CRIT INCIDENT RESP LAB 523B/146/210        SSD | 5065 OPS SKILLS AND HIT BRIEFING EOD | |
| 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201      AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 19

| HOURS | MON 2/18 | TUE 2/19 (82) | WED 2/20 (83) | THU 2/21 (84) | FRI 2/22 (85) |
|---|---|---|---|---|---|
| 7:30 | HOLIDAY | GROUP A 5065 OPERATIONAL SKILLS LAB | REPORT WRITING COURT PREPARATION | 1910 COURT TESTIMONY LAB | USPP 1011 SPECIAL PROCEDURES (LECTURE & PBL) |
| 8:30 | H O L I D A Y | | | | |
| 9:30 | | BLDG: 505A (SKEET 3) | | COURTHOUSE 216 | |
| 9:30 | H O L I D A Y | | | | |
| 10:30 | | EOD-3 ETD-3 BSD-3 SSD-2 | | | |
| 10:30 | | | | | |
| 11:30 | | | USPP | LGD-2 BSD-1 | USPP |
| 11:30 – 12:30 | LUNCH | | | | |
| 12:30 | H O L I D A Y | GROUP A 5080 HIGH INTENSITY TRAINING (HIT) | 7030 TRAFFIC ACCIDENT INVESTIGATION | FLETC EXAM V ✱ | USPP 1011 MOTOR VEHICLE ACCIDENT INVESTIGATION (LECTURE & PBL) |
| 1:30 | | (SKEET 3) | | | |
| 1:30 | | EOD-2 SSD-2 | | | |
| 2:30 | H O L I D A Y | PTD-2 DMD-2 | BLDG: 210 ROOM: F-1 | TMD REVIEW AND FINAL PROGRAM CRITIQUES | |
| 3:30 | | FAD-2 BSD-1 | | | |
| 3:30 | | | | | |
| 4:30 | | | BSD | TMD | USPP |
| AFTER 4:30 | | | | | |

Note: Column codes at top — GROUP B 5080 HIGH INTENSITY TRAINING (HIT); GROUP B 5065 OPERATIONAL SKILLS LAB (shown under TUE 2/19).

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPL-201   AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 20

| HOURS | MON 2/25 (86) | TUE 2/26 (87) | WED 2/27 (88) | THU 2/28 (89) | FRI 3/1 (90) |
|---|---|---|---|---|---|
| 7:30 | SPECIAL PROCEDURES LAB | DEMONSTRATION LAB | TRAFFIC MANAGEMENT/ MOTOR VEHICLE ACCIDENT LAB | USPP EXAM IV | GROUP A 5040 FINAL P.E. / GROUP B 6077/6088 DOWN DISABLED OFFICER SSA LAB USPP 100% DRILL WEAPON MAINT. LEAD O/D RANGE |
| 8:30 | | | | | |
| 8:30 | | | | | |
| 9:30 | | | | | |
| 9:30 | | | | SPECIAL PROCEDURES REVIEW AND CRITIQUES | BLDG: 505A |
| 10:30 | | | | | |
| 10:30 | | | | | |
| 11:30 | USPP | USPP | USPP | USPP | EOD / FAD |
| 11:30 - 12:30 LUNCH | | | | | |
| 12:30 | SPECIAL PROCEDURES LAB | DEMONSTRATION LAB | TRAFFIC MANAGEMENT/ MOTOR VEHICLE ACCIDENT LAB | 8400/8005 NLCT/PC SKILLS TEST P.E. | GROUP A 5040 FINAL P.E. / GROUP B DRIVER TRAINING REFRESHER (ER - 1 RANGE HRS - OTHER RANGE 2 HRS) |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | | | | | |
| 2:30 | | | | | BLDG: 505A |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | USPP | USPP | USPP | PTD | EOD / DMD |
| AFTER 4:30 | | | | | |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201
AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 21

| HOURS | MON 3/4 (91) | TUE 3/5 (91) / (92) | WED 3/6 (93) | THU 3/7 (94) | FRI 3/8 (95) |
|---|---|---|---|---|---|
| 7:30 | GROUP A 5082 REPORT EVALUATION | GROUP A 6077/6088 DOWN DISABLED OFFICER SSA LAB USPP 100% DRILL WEAPON MAINT. LEAD O/D RANGE / GROUP B 5082 REPORT EVALUATION | ORAL BOARDS | ORAL BOARDS | ORAL BOARDS |
| 8:30 | | | USPP | USPP | USPP |
| 8:30 | PRE-TRIAL MEET | GROUP B 5040 FINAL P.E. / PRE-TRIAL MEET | RECRUIT EVALUATION | RECRUIT EVALUATION | RECRUIT EVALUATION |
| 9:30 | | | CREDENTIAL PICTURES | CREDENTIAL PICTURES | CREDENTIAL PICTURES |
| 9:30 | | BLDG: 505A | REVIEW RECRUIT HANDBOOKS | REVIEW RECRUIT HANDBOOKS | REVIEW RECRUIT HANDBOOKS |
| 10:30 | | | | | |
| 10:30 | | | BLDG: 216 | BLDG: 216 | BLDG: 216 |
| 11:30 | USPP | EOD / FAD | ROOM: 131, 133 | ROOM: 131, 133 | ROOM: 131, 133 |
| 11:30 – 12:30 | LUNCH | | | | |
| 12:30 | GROUP A 1900 MOCK TRIAL | GROUP A DRIVER TRAINING REFRESHER / GROUP B 1900 MOCK TRIAL | ORAL BOARDS | ORAL BOARDS | GRADUATION REHEARSAL |
| 1:30 | GROUP B 5040 FINAL P.E. | | USPP | USPP | BUILDING TBA OR CHURCH |
| 1:30 | COURTROOM 216 | (ER - 1 RANGE HRS - OTHER RANGE 2 HRS) / COURTROOM 216 | RECRUIT EVALUATION | RECRUIT EVALUATION | |
| 2:30 | | | CREDENTIAL PICTURES | CREDENTIAL PICTURES | |
| 2:30 | BLDG: 505A | | REVIEW RECRUIT HANDBOOKS | REVIEW RECRUIT HANDBOOKS | |
| 3:30 | | | | | |
| 3:30 | | | BLDG: 216 | BLDG: 216 | |
| 4:30 | EOD / LGD-4 BSD-2 | DMD / LGD-4 BSD-2 | ROOM: 131, 133 | ROOM: 131, 133 | USPP |
| AFTER 4:30 | | | | | 4:30 UNIFORM RETURN BLDG: 28 |

# FEDERAL LAW ENFORCEMENT TRAINING CENTER
## POLICE TRAINING

PROGRAM SPECIALIST: WALT SHERBA
TRAINING TECHNICIAN: PAULETTE BAKER
EDUCATIONAL AIDE: RUTH BRYANT

CLASS NO: USPPI-201

AGENCY: USPP

BLDG. NO: 216
ROOM NO: 135
WEEK NO: 22

| HOURS | MON 3/11 (96) | TUE | WED | THU | FRI |
|-------|---------------|-----|-----|-----|-----|
| 7:30 | GRADUATION PREPARATION | | | | |
| 8:30 | | | | | |
| 8:30 | | | | | |
| 9:30 | USPP | | | | |
| 9:30 | 9:30-11:30 GRADUATION | | | | |
| 10:30 | BUILDING - TBA OR CHURCH | | | | |
| 10:30 | | | | | |
| 11:30 | USPP/TMD | | | | |
| 11:30 - 12:30 LUNCH | | | | | |
| 12:30 | | | | | |
| 1:30 | | | | | |
| 1:30 | | | | | |
| 2:30 | | | | | |
| 2:30 | | | | | |
| 3:30 | | | | | |
| 3:30 | | | | | |
| 4:30 | | | | | |
| AFTER 4:30 | | | | | |



Federal Law Enforcement Training Center
U.S. Department of Homeland Security
1131 Chapel Crossing Road
Glynco, Georgia 31524

# Homeland Security

LET 15-6 (TMC)

November 13, 2003

Mr. Michael L Turner
United States Park Police Academy
USPPI-304
314 Command Circle
Glynco, GA 31524

Dear Mr. Turner:

Office of Personnel Management regulations state that Federal employees shall not engage in criminal, infamous, dishonest, immoral or notoriously disgraceful conduct or other conduct prejudicial to the Government. Furthermore, any acts of violence, including physical attacks, property damage, direct and indirect threats, however communicated, along with any form of intimidation or harassment employed by any means, will not be tolerated. Administrative action, up to and including dismissal from training, may be taken in upholding these standards.

Furthermore, persons in law enforcement occupations and/or those in training for such positions, should exemplify the highest degree of professionalism and display behavior that is a credit to the service and reflects positively on the individual, the organization, the government, and law enforcement as a profession. It has been determined that you have violated these standards of conduct.

I have reviewed your FLETC file and the Memorandum Concerning Student Misconduct regarding an incident that occurred on November 8, 2003. In accordance with Federal Law Enforcement Training Center FLETC Directive 67-35.C, Student Misconduct, and FLETC Directive 67-01, Workplace Violence, you are hereby removed from the United States Park Police class number USPPI-304.

As outlined in FLETC Directive 67-35.C, Student Misconduct and its supporting Manual, you may appeal my decision to the Assistant Director for Training (ADT), Federal Law Enforcement Training Center, Townhouse 381C, Glynco, GA 31524. If you elect to appeal my decision, you must serve the ADT with Notice of Intent to Appeal within ten (10) calendar days of today's date. If you appeal, a copy of the Memorandum Concerning Student Misconduct will be sent to you by registered mail, and you will have thirty calendar days from receipt to go forward with one of the appeal options.

PLT Ex 8

2

2

As directed by Commander Kathy Lanata, United States Park Police Academy, you are to return to your duty station without delay.

Should you have any questions concerning this, please contact Mr. Robert F. Judge, Program Specialist, Training Management and Coordination Division, at (912) 267-3088.

Sincerely,

Bradley W. Smith
Deputy Assistant Director
Office of Training Management

cc:    Commander Lanata, United States Park Police Academy
       DAD/OTO
       DAD/OTS
       SIS
       OLC
       SVC
       BUD
       TMC (4)

3



"Davis, Kent"
<Kent.Davis@dhs.gov>
>

01/07/2004 01:41 PM
EST

To: <David_Stover@NPS.GOV>
cc: "Lanata, Kathy" <Kathy_Lanata@NPS.GOV>
Subject: RE: Michael Turner Case

Captain Stover,

My apologies for the delay in getting back to you on this case.  The
delay resulted from confusion surrounding Mr. Turner's transcript, as
noted below.  This is follow-up to our earlier phone conversation and
your questions re. the status of Mr. Turner's case:

— Mr. Turner's preliminary transcript (which was sent to him in early
December) erroneously indicated that he had completed all academic
requirements for graduation from FLETC.  However, as Captain Lanata at
FLETC kindly confirmed (and as corroborated by FLETC instructors) he
actually did not complete two required practical exercises.  The FLETC
Educational Aides office has fixed Mr. Turner's transcript and issued a
revised version on 1/6/04.

— The FLETC Special Investigations and Security Division (SISD) has
indeed finalized its Report of Investigation regarding Mr. Turner and
has authorized its release to him and his attorney.

I have advised Mr. Turner's attorney of these developments and have
provided him a copy of the revised transcript and the final SISD Report
of Investigation.  I am attaching a copy of my cover letter to the
attorney, which provides some more details of the transcript issue FYI.
(You will receive a mailed "blind courtesy copy" of the signed letter as
well, which documents the issues that we previously discussed on the
phone.)

Please let me know if have any further questions.  I will keep you
advised on the status of Mr. Turner's appeal of his expulsion.

Thanks, sir.

W. Kent Davis
Attorney-Advisor
Department of Homeland Security
Federal Law Enforcement Training Center
Office of Legal Counsel
1131 Chapel Crossing Road, Building TH400D
Glynco, GA 31524
Phone:  (912) 267-2441
Fax:  (912) 267-2847
kent.davis@dhs.gov


-----Original Message-----
From: David_Stover@nps.gov [mailto:David_Stover@nps.gov]
Sent: Tuesday, December 30, 2003 10:55 AM
To: Davis, Kent
Subject: Michael Turner Case

I appreciate your assistance in this matter.

(PLT Ex 9)

**Dennis W Smith**
12/23/2003 09:13 AM
EST

To: Benjamin J Holmes/USPP/NPS@NPS
cc:
Subject: Michael Turner Information

Mr. Turner did not complete the following exercises/classes;

| | |
|---|---|
| Mock Trial | 4 hours |
| Downed Ofc. Lab | 4 hours |
| Driver Trng. | 4 hours |
| Oral Boards | 16 hours |
| Final Practical Exercise | 8 hours |

per Capt. Lanata (FLETC)

Capt. DW Smith

( PLT Ex 10 )

# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD
### WASHINGTON REGIONAL OFFICE

MICHAEL L. TURNER,  )
    Appellant,  )
        )
    v.  )
        )  Docket No: DC-0752-04-0413-I-1
DEPARTMENT OF THE INTERIOR,  )
    Agency.  )
        )

## DECLARATION OF ROBIN T. BROWN

I, Robin T. Brown, under penalty of perjury, declare and state as follows:

1. I am a Human Resources Officer at the Department of the Interior, National Park Service, United States Park Police (hereinafter, "Agency"). My office is located at 1100 Ohio Drive, S.W., Washington, D.C. 20024. I have served as a Human Resources Officer from January 2002 to the present.

2. As a Human Resources Officer, my major responsibilities include overseeing the United States Park Police's recruitment program, staffing, classification, placement, and medical services (fitness for duty for applicants and current sworn Park Police officers).

3. In November 2002, Mr. Baby Fua (non-African-American), joined the United States Park Police as a police recruit. The Agency sent Mr. Fua to basic police training at the Federal Law Enforcement Training Center (hereinafter, "FLETC") in Class Number USPP I-0301.

4. While at FLETC, Mr. Fua failed a required exam and then failed it again when he was re-tested. Accordingly, he failed to complete the basic police training at FLETC. Mr. Fua's failure to complete basic training was due to a language barrier he experienced when taking FLETC examinations and was not due to misconduct.

5. Within the following month, Mr. Fua requested that he continue to be employed with the United States Park Police in a civilian position. Former Acting Chief Benjamin Holmes reviewed Mr. Fua's request, including his reason for failing to complete FLETC training. Based on Mr. Fua's request, Mr. Holmes assigned Mr. Fua to the position of Telecommunications Operator in the Communications

( PLT EX 11 )

Exh. B

Section, effective December 15, 2002. This position is a civilian position; it is not a United States Park Police Officer position.

6. The Agency followed the proper procedures for placing Mr. Fua in the telecommunications position. The Communications Section had at least one vacant position that needed to be filled. Mr. Fua was qualified for the position. Since the Agency was authorized to reassign Mr. Fua using a non-competitive process, Mr. Fua did not have to compete for this position.

7. Mr. Fua served as a Telecommunications Operator approximately one month before resigning.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of September 2004.

Robin T. Brown

2

Exh. B

whether the appellant's nonselection was based on the agency's determination that the appellant was unsuitable due to the factors set forth under 5 C.F.R. § 731.202, the record shows that the agency completed a Standard Form (SF) 62, Agency Request to Pass Over a Preference Eligible or Object to an Eligible, "object[ing]" to the appellant's eligibility because he was "unsuitable for a law enforcement position." IAF, Tab 8, Subtabs 2a, 2f. The agency contended, however, that the form was never sent to OPM for approval. *Id.*, Subtab 2a. For the reasons discussed below, we find that, regardless of whether OPM approved the agency's SF-62 request to remove the appellant from the certificate of eligibles, the appellant failed to raise a nonfrivolous allegation that the agency made a suitability determination.

¶9    As noted above, the agency used the term "unsuitable" in completing the SF-62. The Board has stated that "the agency's use of a form of the word 'suitable' in the context of the pre-employment investigation bolsters the appellant's position that the agency made a suitability determination." *Botello v. Department of Justice*, 76 M.S.P.R. 117, 122 (1997). On the other hand, the Board also has held that the agency's use of the term "qualifications," rather than "suitability," to categorize its reason for nonselecting an appellant did not necessarily preclude a finding that the agency made a constructive suitability determination. *Edwards,* 87 M.S.P.R. 518, ¶¶ 2, 10. Therefore, the agency's own categorization of its reason for not selecting the appellant here, as based on reasons of "suitability" rather than "qualifications," is not dispositive of whether the agency made a suitability determination.

¶10    Regarding the agency's having taken steps to initiate an objection to the appellant's eligibility by completing the SF-62, the Board has held that an appellant raised a nonfrivolous allegation that the agency made a constructive suitability determination in a situation where OPM sustained an agency's SF-62 request to pass over an eligible "based on suitability issues." *Botello*, 76 M.S.P.R. at 122. In *Botello,* however, the agency's SF-62 request was based on "derogatory information ... regarding the appellant's past employment history" which the agency refused to divulge to the appellant, and the Board found, under those circumstances, that the derogatory information could pertain to "misconduct or negligence in prior employment" which is

among the reasons to be considered in making a suitability determination. *Id.* And after *Botello* was issued, the Board emphasized, as noted above, that the substance of the action, rather than its form, governs in determining whether an agency made a constructive suitability determination. *See Saleem,* 88 M.S.P.R. 151, ¶ 7; *Edwards,* 87 M.S.P.R. 518, ¶ 10. Unlike in *Botello,* where the agency did not reveal the specific reason for the appellant's "derogatory" past employment history, it is undisputed here that: The specific reason for the agency's refusal to select the appellant was his prior failure to complete successfully the FLETC training required for the Park Ranger position; the agency informed the appellant of this specific reason; and the appellant did fail to complete the FLETC training successfully. IAF, Tab 8, Tab 12 at 1; PRF, Tab 3 at 7. The undisputed record evidence further shows that: Successful completion of FLETC training is mandatory for the Park Ranger (Law Enforcement) position; an individual "will be given one opportunity to complete this training"; and if he fails to "satisfy this qualification requirement, [he] will become ineligible for th[e] position[, and the agency] is under no obligation to offer alternate employment opportunities." IAF, Tab 8, Subtab 2e. Failure to complete training successfully is not among the factors to be considered under 5 C.F.R. § 731.202(b) in making a suitability determination. Although "[m]isconduct or negligence in employment" is a factor to be considered under section 731.202(b), failure to complete training successfully constitutes neither misconduct nor negligence.*

¶11     We therefore find that the appellant's allegations, even if true, would not establish that the agency made a constructive suitability determination because the agency's reason for not selecting him was not "the sort of reason ordinarily relied on to support a suitability determination under 5 C.F.R. § 731.202." *See Edwards,* 87 M.S.P.R. 518, ¶¶ 2, 9, 14; *cf. id.* (the appellant raised a nonfrivolous allegation of a constructive suitability determination where his nonselection was due to his failure to disclose his prior probationary termination for "Failure to Follow Office Procedures and Dress Code," "the sort of reason ordinarily relied on to support a suitability determination under 5 C.F.R. § 731.202"); *Saleem,* 88 M.S.P.R. 151, ¶ 11 (the appellant raised a nonfrivolous allegation of a constructive suitability determination where she

was nonselected "based on the agency's belief that she lied about her drug use," a type of reason that would support a negative suitability determination under 5 C.F.R. § 731.202(b)). Because the appellant failed to raise a nonfrivolous allegation of jurisdiction, we DISMISS his appeal for lack of jurisdiction. *See Dillingham v. Department of Justice*, 73 M.S.P.R. 538, 541 (1997) (nonfrivolous allegations of jurisdiction are allegations of fact that, if proven, could establish a prima facie case that the Board has jurisdiction over the matter).

## ORDER

¶12     This is the final decision of the Merit Systems Protection Board in this appeal. Title 5 of the Code of Federal Regulations, section 1201.113(c) (5 C.F.R. § 1201.113(c)).

## NOTICE TO THE APPELLANT REGARDING
## YOUR FURTHER REVIEW RIGHTS

You have the right to request the United States Court of Appeals for the Federal Circuit to review this final decision. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

The court must receive your request for review no later than 60 calendar days after your receipt of this order. If you have a representative in this case and your representative receives this order before you do, then you must file with the court no later than 60 calendar days after receipt by your representative. If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991).

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703). You may read this law, as well as review the Board's regulations and other

related material, at our website, http://www.mspb.gov. Additional information is available at the court's website, http://fedcir.gov/contents.html. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's <u>Rules of Practice</u>, and Forms <u>5</u>, <u>6</u>, and <u>11</u>.

FOR THE BOARD:                    /s/
                                  Bentley M. Roberts, Jr.
                                  Clerk of the Board

Washington, D.C.

---

\* Although misconduct or negligence potentially could be peripherally involved in an individual's failure to complete the necessary training, nothing in the current record suggests that the appellant's failure to complete FLETC training was due to misconduct or negligence.



The 417th Base Support Battalion

Globelsheadt, Kitzingen, Wuerzburg

MAKE A DIFFERENCE

# CERTIFICATE OF TRAINING



## SPC MICHAEL L. TURNER

### 1ST INFANTRY DIVISION BOSS CONFERENCE

3-5 August 1998

Bad Kissingen, Germany



ROGER W. JONES
COL, AR
Commanding

DAVID L. GRANGE
MG, USA
Commanding

(PLT E. (3))

SUPPORTING EXCELLENCE

# 235TH BASE SUPPORT BATTALION

  

OUR MISSION IS SUPPORT

# CERTIFICATE OF ACHIEVEMENT

## IS PRESENTED TO

### SPC MICHAEL L. TURNER

FOR EXCEPTIONAL ACHIEVEMENT DURING THE PRE-DEPLOYMENT PROCESSING OF ALPHA BATTERY, 6-52 AIR DEFENSE BATTALION. YOUR BRIEFING TO THE BATTALION AND BRIGADE COMMANDERS MADE A DISTINCT IMPRESSION OF THE CAPABILITIES OF YOUR UNIT AND THE 235TH BASE SUPPORT BATTALION. YOUR KNOWLEDGE OF THE PREDEPLOYMENT PROCESSING SYSTEM MADE CLEAR YOUR ENTHUSIASM AND MOTIVATION TO SUPPORT. YOU EXEMPLIFY OUR MOTTO – "OUR MISSION IS SUPPORT!" YOUR ACTIONS UNDENIABLY BRING GREAT CREDIT UPON YOU, THE 106TH FINANCE BATTALION, THE 235TH BASE SUPPORT BATTALION AND THE UNITED STATES ARMY EUROPE.

*Great Job!*

ANSBACH, GERMANY
10 JUNE 1999

STANLEY L. SIMS
LTC, MI
Commanding

( PLT Ex 14 )



# Certificate of Achievement

## 7th Battalion, 159th Aviation Regiment

### "PRESS ON"

is presented to

### SPC Michael Turner

I would like to extend my heartfelt thanks to SPC Turner for tremendous support during deployment preparation of "Task Force Hawk" from 15 March-20 April 1999. The caring attitude and prompt assistance SPC Turner displayed during this critical period was instrumental to our mission success. Thanks for a job well done.

PRESS ON!

Given under my hand this 23rd day of April, 19 99



JOE CIAMPINI
MAJ, AV
Acting Battalion Commander

(PLt. Ex 15)



## 9TH ENGINEER BATTALION

### 1ST INFANTRY DIVISION (MECH) ENGINEER BRIGADE



# CERTIFICATE OF ACHIEVEMENT

## IS AWARDED TO

### SPC MICHAEL L. TURNER

FOR MERITORIOUS ACHIEVEMENT WHILE DEPLOYED IN SUPPORT OF OPERATION JOINT GUARDIAN II. SPC TURNER'S ASSISTANCE TO THE SOLDIERS OF THE 9TH ENGINEER BATTALION AS A MEMBER OF THE FINANCE SUPPORT TEAM GREATLY IMPACTED THE MORALE AND MISSION EFFECTIVENESS OF THE UNIT BY PROVIDING FULL FINANCIAL SERVICES TO SOLDIERS IN REMOTE REGIONS OF KOSOVO. THESE ACTIONS REFLECT DISTINCT CREDIT UPON HIM, THE 106TH FINANCE BATTALION, AND THE UNITED STATES ARMY.

"SAPPERS ATTACK!"

SERGIO A. RIDDLE

COMMAND SERGEANT MAJOR
9TH ENGINEER BATTALION

"FIRST TO CROSS"

EVERETT K. McDANIEL

COMMANDER
9TH ENGINEER BATTALION

*Headquarters, United States Army, Europe and Seventh Army*

# OPERATION JOINT GUARDIAN

## Scroll of Appreciation

is presented to

### SPC MICHAEL L. TUNER

For outstanding service in support of Operation Joint Guardian. Your dedicated and selfless efforts were instrumental in the successful deployment and sustainment of United States Forces. Your superb efforts have brought great credit upon you, your unit, and the United States Army.

C. ELDON MULLIS
LTC, FC
Commanding

MONTGOMERY C. MEIGS
General, USA
Commanding General

(PLT. Ex 17)

US MISC PUB
99

U.S. Department of Justice
United States Attorney
District of Columbia

Mr. Michael Turner
928 Booker Dr.
Capitol Heights, MD 20743



US OFFICIAL MAIL
$300 Penalty
For Private Use