UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,

        Plaintiff,

v.

DEPARTMENT OF THE INTERIOR, *et al.*,

        Defendants.

Civil Action No. 05-1543 (HHK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. #17] is GRANTED, and that JUDGMENT shall be entered for defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                      /s/
            HENRY H. KENNEDY, JR.
            United States District Judge

Date: December 6, 2006