```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,               )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   Civil No. 05-1543 HHK
                                 )
UNITED STATES DEPARTMENT OF      )
   THE INTERIOR, et al.,         )
                                 )
        Defendants.              )
```

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants respectfully request an enlargement of time, to and including January 4, 2006, in which to file defendants' response to plaintiff's motion for reconsideration.  Defendants' response is currently due when defense counsel will be out of the office for the holidays. Thus, this extension seeks to gain the time needed for defense counsel to complete defendants' response after her return to the office on January 2, 2007.

Plaintiff pro se has consented to this motion.

Accordingly, for the foregoing reasons, defendants

respectfully request that this unopposed motion be granted.

        Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

<u>CERTIFICATE OF SERVICE</u>

I certify that the accompanying Defendants' Unopposed Motion for Extension of Time, with proposed order, was served upon plaintiff by mail on December 22, 2006, addressed to:

>Mr. Michael L. Turner
>928 Booker Dr.
>Capitol Heights, MD 20743

>MARINA UTGOFF BRASWELL, D.C. Bar #416587
>Assistant United States Attorney
>U.S. Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,                )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil No. 05-1543 HHK
                                  )
UNITED STATES DEPARTMENT OF       )
   THE INTERIOR, et al.,          )
                                  )
        Defendants.               )

## ORDER

Upon consideration of defendants' unopposed motion for extension of time, and of the entire record, and it appearing to the Court that the granting of defendants' unopposed motion would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that defendants' motion be, and it hereby is, granted; and it is further

ORDERED that defendants may have to and including January 4, 2007, in which to file defendants' response to plaintiff's motion for reconsideration.

_____
UNITED STATES DISTRICT COURT

Marina Utgoff Braswell
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center
555 - 4th Street, N.W.
Washington, D.C. 20530


Mr. Michael L. Turner
928 Booker Dr.
Capitol Heights, MD 20743