UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael L. Turner
                    Plaintiff

vs.                                                 Civil Action No. 05-1543HHK

United States Dept. of Interior, et al
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this  06  day of  January , 20 07 , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the  06  day of  December , 20 06 in favor of  the United States Department of Interior, et al., (Defendant)

against said  Michael L. Turner (Plaintiff).

*Michael S. Turner*
                    Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT