UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. TURNER,

        Plaintiff,

  v.

DEPARTMENT OF THE INTERIOR, *et al.*,

        Defendants.

Civil Action No. 05-1543 (HHK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for reconsideration [Dkt. #25] is DENIED.

SO ORDERED.

                                                  /s/
                                   HENRY H. KENNEDY, JR.
                                   United States District Judge

Date: October 12, 2007