Case 1:05-cv-01543-HHK   Document 31   Filed 05/09/2008   Page 1 of 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-5005                                      September Term, 2007

05cv01543

Filed On: November 23, 2007

[1081857]
Michael L. Turner,
    Appellant

v.

Dirk Kempthorne, Secretary, Department of Interior
and Dwight E. Pettiford, Chief, U.S. Park Police,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/5/08
BY: [signature]
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

## ORDER

Upon consideration of the motion to hold this appeal in abeyance and the response thereto; the motion for summary affirmance, the response thereto, and the reply; and the motion for appointment of counsel, it is

**ORDERED** that the motion to hold in abeyance pending resolution of a related lawsuit be denied. Appellant has not demonstrated that the related suit must be resolved before this one in order for him to obtain complete relief in either case. It is

**FURTHER ORDERED** that the motion for counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). With respect to his discrimination claim, appellant has not demonstrated that the reasons proffered for appellees' actions were pretextual, or that a reasonable trier of fact could infer intentional discrimination based on the evidence. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-05 (1973); Teneyck v. Omni Shoreham Hotel, 365 F.3d 1139, 1151 (D.C. Cir. 2004). Moreover, in denying relief on appellant's due process claim, the district court correctly concluded that appellant lacked a property interest in his position as a United States Park Police officer, because retention of this position was conditioned on successful completion of basic training. See Roth v. King, 449 F.3d 1272, 1285 (D.C. Cir. 2006).

A True Copy
United States Court of Appeals
for the District of Columbia Circuit

By: [signature]   Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 07-5005**                                            **September Term, 2007**

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>